## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

RE:                                                    **CHAPTER 7**
                                                       **CASE NO. 06-42476**

**Sima Schwartz a/k/a**
**Sima M. Shwartz    Debtor**
23 Sigel Street, 2nd Floor
Worcester, MA 0161                    **December 18, 2006**
Phone/Fax 508-799-0766


### OBJECTIONS TO MOTION OF HOMEEQ FOR RELIEF FROM STAY

To: The Honorable Joel B. Rosenthal, U.S. Bankruptcy Judge,

   I am a Debtor, Sima Schwartz, Pro Se, 60 years old unmarried women, objecting the Motion of HomeEq for relief from stay, filed by Law Firm Doonan, Graves & Longoria, LLC.
1. I believe, said Firm, represented Deutsche Bank, and have made a Foreclosure preparation for my House, located at 23 Sigel Street in Worcester, Massachusetts, without having legal rights to do so at that time. See Worcester Registry of Deeds Records Letter of HomeEq, stating that a lender is OCWEN BANK, which has been assigned by First NLC. Said Law Firm, acting toward interests of Deutsche Bank, used the fact that previous lender, HOMEAMERICAN CREDIT, INC/UPLAND MORTGAGE recorded a Discharge of my 1st and 2nd Mortgage late on **06/01/2006** and 04/20/2006, thus 1st Mortgage has been discharged in a next month after my house was foreclosed on May 24, 2006!!! And Ocwen Bank has never recorded any of my two Mortgages. (Attachment 1: Worcester District Registry of Deed page; Attachment 2: HomeEq's Letter, confirming that HomeEq is still a servicer of my mortgage, and Ocwen Bank is the Lender).
2. Thus, I believe, Deutsche Bank generally did not have rights to be a Mortgagee, using First NLC as last lender!
3. The Foreclosure has been conducted by Doonan, Graves & Longoria Law Firm as a Representative of a Deutsche Bank, although in this Motion it is first time they use name of HomeEq describing their relation to my house. In a Motion they attached wrong document, truly it has to be Assignment of the 1st Mortgage, as 2nd Mortgage never appear in a foreclosure process (Attachment 3: Assignment of a 1st Mortgage to Deutsche Bank).
I see in my case of a foreclosure and eviction a lot of manipulations, which made me I think, a different dates of an assignments can be helpful for this Low Firm, who included wrong document in a Motion!
4. As I mentioned in my Letter to an Honorable Judge earlier in this case, Certificate of Entry to Foreclosure is a false document. Foreclosure has been conducted on May 24th outside of my house by two people, one of whom, I think, has to be an Auctioneer, another – an Attorney for a Deutsche Bank. No other people were near, which let me think, why no bidders were there, if a price of my house was about $150,000.00 less than a Market Value. (Attachment 4: Certificate of Entry to Foreclosure; Attachment 5: a) HomeEq Insured Mortgage Valuation of my House $364,000.00 as of 08/03/06, stated me as additional named insured, not a Deutsche Bank, which

can be also questioned, is HomeEq at that time was considering a said Bank as an Owner? Flood Insurance was purchased by HomeEq even later on 09/11/2006 with my name as well;
b) Market Evaluation by Prudential Realtors and by a flyer of Aegis MTG.
5. I include several documents, showing manipulations in this foreclosure/eviction.
Plaintiff's reply to counterclaims and response to the defendant's discovery request with a complaint to foreclosure mortgage, dated May 23, 2006 sent to me without a land record's stamp, and one I get from a Registry with a stamp of October 13, 2006 on it.
Compare foreclosure Deed in this package of the documents with one you have in a Motion!!
An Affidavit is not included in Motion as well. According to my knowledge it has to be recorded not later then 30 day after a Foreclosure act, but it shows a recording on September 7th, 2006, about four months after Foreclosure, and so on… See other documents in an attachments.

Dear Honorable Court,
Pease grant me to stay in my house as Foreclosure protect everybody according the Law until the court decision, and invalidate a foreclosure $250,000.00 purchase of said house by Deutsche Bank, under section 548 of the Bankruptcy Code of the Massachusetts Uniform Fraudulent Conveyance Act.
This Foreclosure has been done improperly, so no other roles should be applied to it, regardless of a reputation of a Doonan, Graves & Longoria's Law Firm, Money of the Deutsche Bank, or a fact, that I do not have a legal representation in this case. My position is very bad, I DO NOT HAVE PLACE TO GO, I DO NOT HAVE MONEY TO RENT, I DO NOT HAVE MONEY TO MOVE. Please, **HELP!**

50 Pages in Attachments follow.

**Sima Schwartz**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

RE:                                              **CHAPTER 7**
                                                 **CASE NO. 06-42476**

**Sima Schwartz a/k/a**
**Sima M. Shwartz**
                    **Debtor**

## CERTIFICATE OF SERVICE

I, Sima Schwartz, hereby certify that an OBJECTIONS TO MOTION OF HOMEEQ FOR RELIEF FROM STAY of Chapter 7 Bankruptcy Case have been delivered by the hand on the 18th day of December, 2006, to Doonan, Graves & Longoria Law Firm, located at 100 Cumming Center, Suite 213C in Beverly, MA.

**Sima Schwartz –Pro Se**

## VALIDATION OF DEBT LETTER

||||....|.|||....|||||...|||....||...||....||...||....||.|.|.|.|...|.|.||

**SIMA SHWARTZ**

**23 SIGEL STREET**
**WORCESTER, MA  01610**

**November 7, 2005**

Re:  Loan Number  **0324278035**

Dear SIMA SHWARTZ:

This letter is to inform you that your account with OCWEN FEDERAL BANK FSB, has been placed with HomEq Servicing Corporation (HomEq) for servicing.  HomEq is responsible for providing monthly remittance processing as well as the collection of any amount in default.

Your financing agreement provides:
- Your full monthly payment is due each month on the due date.
- You are in default if you fail to make each payment in full as it becomes due.
- You may incur extra expenses if you fail to make timely payments.

With respect to your account with OCWEN FEDERAL BANK FSB, we are providing the following information:
- Name of creditor: OCWEN FEDERAL BANK FSB.
- Time and place of the creation of the debt: 07/22/2005, WORCESTER, MA.
- The merchandise, services or other things of value underlying the debt: Senior Lien
- The date when the account was placed with HomEq: **11/01/2005**
- The amount owing on the original obligation at the time it was received by HomEq: $271,602.25..
- The interest or service charge, or late payment charges, if any, added to the original obligation by HomEq:  Interest Due:$00.00, Late Charges: $00.00
- Recoverable Corporate Advances, if any, that HomEq is attempting to collect.: $0.00.   *Note: Contact HomEq Servicing Corporation for a detailed breakdown of recoverable corporate advance fees.*
- Any other charge or fee HomEq is attempting to collect: $    .00.

**HomEq Servicing Corporation is a debt collector.  HomEq is attempting to collect a debt and any information obtained will be used for that purpose**

**SEE NEXT PAGE FOR IMPORTANT DISCLOSURES**

 **WACHOVIA**

**HomEq SERVICING**

## VALIDATION OF DEBT LETTER

|||₁₁₁₁||₁||₁₁₁₁₁|||₁₁||₁₁₁||₁₁₁||₁₁₁||₁₁||₁₁|₁||₁₁||₁||

**SIMA SHWARTZ**

**23 SIGEL STREET**
**WORCESTER, MA  01610**

**November 7, 2005**

Re:  Loan Number **0324278092**

Dear SIMA SHWARTZ:

This letter is to inform you that your account with OCWEN FEDERAL BANK FSB, has been placed with HomEq Servicing Corporation (HomEq) for servicing.  HomEq is responsible for providing monthly remittance processing as well as the collection of any amount in default.

Your financing agreement provides:
- ♦  Your full monthly payment is due each month on the due date.
- ♦  You are in default if you fail to make each payment in full as it becomes due.
- ♦  You may incur extra expenses if you fail to make timely payments.

With respect to your account with OCWEN FEDERAL BANK FSB, we are providing the following information:
- ♦  Name of creditor: OCWEN FEDERAL BANK FSB.
- ♦  Time and place of the creation of the debt: 07/22/2005, WORCESTER, MA.
- ♦  The merchandise, services or other things of value underlying the debt: Junior Lien
- ♦  The date when the account was placed with HomEq: **11/01/2005**
- ♦  The amount owing on the original obligation at the time it was received by HomEq: $ 67,966.46..
- ♦  The interest or service charge, or late payment charges, if any, added to the original obligation by HomEq:  Interest Due:$00.00, Late Charges: $00.00
- ♦  Recoverable Corporate Advances, if any, that HomEq is attempting to collect.: $0.00.   *Note: Contact HomEq Servicing Corporation for a detailed breakdown of recoverable corporate advance fees.*
- ♦  Any other charge or fee HomEq is attempting to collect: $    .00.

**HomEq Servicing Corporation is a debt collector.  HomEq is attempting to collect a debt and any information obtained will be used for that purpose**

**SEE NEXT PAGE FOR IMPORTANT DISCLOSURES**



*proof false statement*

LOAN # 324278035                                CASE NO. 320064

## CERTIFICATE OF ENTRY TO FORECLOSE

WE HEREBY CERTIFY that on the 24th day of May in the year two thousand and six, we were present and saw said _Rineau Long_, Esq., duly authorized agent of Deutsche Bank National Trust Company, as Trustee pursuant to authority contained in a Power of Attorney recorded herewith and by every other power, Deutsche Bank National Trust Company, as Trustee present holder of a certain mortgage given by Sima Shwartz     to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, and recorded at the Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349, hereby make an open, peaceable and unopposed entry on the premises situated at **23 Sigel Street, Worcester**, described in said mortgage, for the purpose, by him/her declared, of foreclosing said mortgage for breach of conditions thereof and for the purpose of collecting rents and taking possession of said premises.

Witness Signature _____          Witness Signature _____

Witness Name (please print)  _John Doonan_          Witness Name (please print)  _Ronald J. Marcella_

*BK -39958*
*PG -220*

### COMMONWEALTH OF MASSACHUSETTS

Worcester, SS

On this 24th day of May, 2006, before me, the undersigned Notary Public, personally appeared _John Doonan_ and _Ronald Marcella_, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is his/her/their free act and deed before me,

_____, Notary Public
My Commission Expires 2/15/2013



ENRI AZIZAJ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
February 15, 2013

2008 00154208
Bk: 39958 Pg: 221  Doc: POSSN
Page: 1 of 1  10/13/2006 11:21 AM

p:\Massachusetts Foreclosures\Generated_Forms\Certificate of Entry_Foreclosure_Shwartz_2320.15

**ATTEST: WORC. Anthony J. Vigliotti, Register**

Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 1-877-223-7699
P.O. BOX 57621, JACKSONVILLE, FL 32241-7621

Case 06-42470   Doc 24   Filed 12/18/06   Entered 12/21/06 13:52:50   Desc Main
Document      Page 7 of 52

## Additional Named Insured Certificate

Notification Date:  08/03/06

LOAN NUMBER:  324278035

**ADDITIONAL NAMED INSURED**
SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610

**NAMED INSURED MORTGAGEE**
HOMEQ SERVICING CORPORATION
ITS AFFILIATES, SUCCESSORS
AND ASSIGNEES
P.O. BOX 57621
JACKSONVILLE, FL 32241-7621

| POLICY NUMBER LRE540145684 | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| | Dwelling | $ 364,000 | $ 4,295.20 |
| **POLICY TERM:** | Personal Property Endorsement | $ 0.00 | $ 0.00 |
| | Additional Living Expense Endorsement | $ 0.00 | $ 0.00 |
| FROM  05/07/06      TO  05/07/07 | Other Endorsements | | $ 0.00 |
| | Deductible - per loss | | |
| ☐ NOON    ☒ 12:01am | Vandalism & Malicious Mischief | | |
| | Property is VACANT at time of loss | $ 1,000 | |
| | Property is NOT VACANT at time of loss | $ 500 | |
| **PROPERTY LOCATION** | All Other covered Losses | $ 250 | |
| 23 SIGEL ST | | Limit of Liability | Annual Premium |
| WORCESTER MA 01610 | Personal Liability Endorsement | $ 0.00 | $ 0.00 |
| **ENDORSEMENTS** ATTACHED AND FORMING A PART OF THE POLICY | Medical Payments | $ 0.00 | |
| RP1102 (0397),RP1200 (0397),RP1201 (0397),RP1520 (0397) | MUNICIPAL TAXES | | $ 0.00 |
| | OTHER TAXES | | $ 0.00 |
| | ANNUAL TOTAL CHARGES | | $ 4,295.20 |

**Personal Property and Personal Liability Coverages** - If an amount of Insurance and a premium charge are shown above for this coverage, we will cover your personal property in the Dwelling against the perils specified in the Personal Property Endorsement. If a Limit of Liability and a premium charge is shown for this coverage, we will also cover your personal liability. Please refer to the applicable endorsement for a description of the type and scope of coverage provided. These endorsements are available only for a residence that is owner occupied. **These coverages are void if the residence is vacant or occupied by someone other than the Additional Named Insured shown above.**

DEDUCTIBLES: Please refer to the deductibles shown above for the coverages provided by this policy.

Subject to the terms and provisions of the Lender Placed Property Program, including but not limited to the Dwelling Coverage Form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Named Insured with respect to such property, subject to the following additional provisions:

(a) The above Named Insured Mortgagee is authorized to act for such Additional Named Insured(s) in all matters pertaining to this insurance including receipt of Notice of Cancellation; and return premium, if any.
(b) The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Named Insured for the insurance afforded.
(c) Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Named Insured as their interest may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Named Insured, at the company's option.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-877-223-7699**

**To report a claim, please contact our Claim Department at 1-800-824-8562**
**or, you may report a new claim using our website at www.zcsclaims.com**

RP1102 0397

Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 1-877-223-7699
PO BOX 57621, JACKSONVILLE, FL 32241-7621

## BINDER

Notification Date:   09/11/06

Loan Number:   324278035

**ADDITIONAL NAMED INSURED**
SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610

NAMED INSURED MORTGAGEE
HOMEQ SERVICING CORPORATION
ITS AFFILIATES, SUCCESSORS
AND ASSIGNEES
P O BOX 57621
JACKSONVILLE, FL 32241-7621

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER BFL000004044 | Dwelling | $ 250,000 | $ 2,375.00 |
| POLICY TERM: | | | |
| FROM 09/11/06      TO 09/11/07 | | | |
| ☐ NOON      ☒ 12:01am | Flood Deductible - per loss | | |
| | Located in a "V" zone or with elevation of lowest floor below the Base Flood Elevation (BFE)    $ 1,000 | | |
| | All Other Flood Losses    $ 750 | | |
| PROPERTY LOCATION | | | |
| 23 SIGEL ST WORCESTER MA 01610 | MUNICIPAL TAXES    Tax Code | | $ .00 |
| | OTHER TAXES | | $ .00 |
| | ANNUAL TOTAL CHARGES | | $ 2,375.00 |

We have not received a new/renewal flood insurance policy covering your mortgaged property. We do not believe this was your intention but a lapse in coverage has occurred.

We have secured temporary coverage in the form of a binder through the Company shown above, and you will be charged for the policy premium. This binder covers the described property for direct loss by the peril of flood subject to the terms, conditions, and limitations of the policy in current use by the company.

The policy only covers dwellings. It does not cover your personal property.

Please remember, it is your responsibility to maintain flood insurance coverage on your property. If evidence of acceptable coverage is not received, permanent coverage will be obtained through the Company shown above.

This coverage will be canceled back to the original effective date, with no premium charge applying, should duplicate coverage exist with a policy you may have, provided a copy has been sent to us as verification.

**For Customer Service questions, please call our toll free Customer Service Number at:
1-877-223-7699**

To report a claim, please contact our Claim Department at 1-800-824-8562
or, you may report a new claim using our website at www.zcsclaims.com

RF1301 0402

Record and Return to:
Doonan, Graves, & Longoria
Attn: Kerry A. Pass
100 Cummings Center, Suite 213C
Beverly, MA 01915

Bk: 39359 Pg: 41  Doc: ASM
Page: 1 of 1  04:05 PM

*2nd mort*

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ( ASSIGNOR ), hereby sells, assigns, and transfers to Deutsche Bank National Trust Company as Trustee ( ASSIGNEE ), whose mailing address is 4837 Watt Avenue, North Highlands, CA the Assignor s interest in a certain mortgage made by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated July 22, 2005 and recorded in the Worcester County (Worcester District) Registry of Deeds in Book 36911, Page 349, describing land therein as:

**23 Sigel Street, Worcester, MA**

Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC, Assignor

Dated: 6/14/06

By: John H. Dunnery
Its

## CORPORATE ACKNOWLEDGMENT

State of NC
County of Wake    ) ss.

On the 14 day of June    in the year 2006 before me, the undersigned, personally appeared John H. Dunnery, personally known to me or proved to me on the basis of satisfactory evidence, which were drivers licenses to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of Wake, in the State of NC.

Notary Public
My commission expires: 2-370

CELINE L PIERCE
Notary Public
Wake County, North Carolina
My Commission Expires February 8, 2010

ATTEST: WORC. Anthony J. Vigliotti, Register

# Registry of Deeds

**William Francis Galvin, Secretary of the Commonwealth**
Worcester - Anthony J. Vigliotti, Register

Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q

Home | Search | Index | Feedback | Contact

⬅ Back

**Town:** WORCESTER

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|--------|-----------|-----------|--------|-----------|---------------|
| 103569 | 07/12/2006 | ASSIGNMENT | 1 | 39359/41 | 0.00 |

| Street# | Street Name | Description |
|---------|-------------|-------------|
| 23 | SIGEL ST | |

| Grantor | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
|---------|-----------------------------------------------|
| | FIRST NLC FINANCIAL SERVICES LLC |
| Grantee | DEUTSCHE BANK NATIONAL TRUST CO TR |
| Marginal Reference Documents | 36911/349 2005 MORTGAGE |

Q Quick Document Viewer  Click here for Printing Instructions.
Q High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
➢ Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for



Bk: 39131 Pg: 222   Doc: ASM
Page: 1 of 1     04:01 PM

Record and Return to:
Doonan, Graves, & Longoria
Attn: Kerry A. Pass
100 Cummings Center, Suite 213C
Beverly, MA 01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ( ASSIGNOR ), hereby sells, assigns, and transfers to Deutsche Bank National Trust Company as Trustee ( ASSIGNEE ), whose mailing address is 4837 Watt Avenue, North Highlands, CA the Assignor s interest in a certain mortgage made by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated July 22, 2005 and recorded in the Worcester County (Worcester District) Registry of Deeds in Book 36911, Page 349, describing land therein as:

23 Sigel Street, Worcester, MA

Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC, Assignor

Dated: May 23 2006

By: **Liquenda Allotey**
Its: **Vice President**

CORPORATE ACKNOWLEDGMENT

State of ⎰ UN ⎱ )
County of Dccota ⎱ ) ss.

On the 23 day of may in the year 2006 before me, the undersigned, personally appeared **Liquenda Allotey**, personally known to me or proved to me on the basis of satisfactory evidence, which were drivers licenses to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of Dccota, in the State of Minnesota.

Bette R Peterson
Notary Public
My commission expires:



BETTE J. PETERSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2010

ATTEST: WORC. Anthony J. Vigliotti, Register

# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth
Worcester - Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

Registry Home   |   Select Another Registry   |   Registry of Deeds Search   |   Contact Us   |   Help   |   F.A.Q

⇦ Back

**Town: WORCESTER**

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|--------|-----------|------------|--------|-----------|---------------|
| 83959 | 06/07/2006 | ASSIGNMENT | 1 | 39131/222 | 0.00 |

| Street# | Street Name | Description |
|---------|-------------|-------------|
| 23 | SIGEL ST | |

| Grantor | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
|---------|----------------------------------------------|
| | FIRST NLC FINANCIAL SERVICES LLC |
| Grantee | DEUTSCHE BANK NATIONAL TRUST CO TR |
| Marginal Reference Documents | 36911/349 2005 MORTGAGE |

Q Quick Document Viewer  Click here for Printing Instructions.
Q High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
» Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for

Welcome to Worcester County Registry of Deeds

First NLC → Corrie Fd/Rent → Wanting →
Seriously kind ??

# Registry of Deeds

William Francis Galvin Secretary of the Commonwealth
Worcester  Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

| Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q |

← Back

**Town: WORCESTER**

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|--------|-----------|-----------|--------|-----------|---------------|
| 121849 | 07/28/2005 | MORTGAGE | 15 | 36911/368 | 68,000.00 |

| Street# | Street Name | Description |
|---------|-------------|-------------|
| 23 | SIGEL ST | |

| Grantor | SHWARTZ SIMA |
|---------|--------------|
| Grantee | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
|  | FIRST NLC FINANCIAL SERVICES LLC |

Q Quick Document Viewer  Click here for Printing Instructions.
Q High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
≫ Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for
informational purposes only. To obtain an official copy of any free document or publication, please contact the Secretary of
the Commonwealth of Massachusetts, District Registry of Deeds. If you are experiencing difficulties with this website

After Recording Return To:
FIRST NLC FINANCIAL SERVICES, LLC.
700 W. HILLSBORO BLVD. B-1 #204
DEERFIELD BEACH, FLORIDA 33441



2005 00121849
Page: 1 of 18
Bk: 36911 Pg: 368   Doc: MTG
07/26/2006 08:17 AM

[Space Above This Line For Recording Data]

# MORTGAGE
## (Secondary Lien)

MIN: 100195910000011131

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 10, 12, 17, 19, and 20. Certain rules regarding the usage of words used in this document are also provided in Section 15.

(A) "Security Instrument" means this document, which is dated July 22, 2005 , together with all Riders to this document.

(B) "Borrower" is SIMA SHWARTZ, AN UNMARRIED WOMAN

Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D) "Lender" is FIRST NLC FINANCIAL SERVICES, LLC.
Lender is a Limited Liability Company organized and existing under the laws of the State of Florida
the laws of the State of Florida
Lender's address is
700 W. HILLSBORO BLVD. B-1 #204, DEERFIELD BEACH, FL 33441

(E) "Note" means the promissory note signed by Borrower and dated July 22, 2005
states that Borrower owes Lender Sixty Eight Thousand and no/100
Dollars (U.S. $68,000.00 ) plus interest. Borrower has promised
to pay this debt in regular Periodic Payments and to pay the debt in full not later than August 01, 2035 .

(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

MASSACHUSETTS MORTGAGE--Single Family--Secondary Lien

(Page 1 of 11 pages)                                    To order call 1-800-...

23 Sigel Street Worcester MA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

RE:                                          **CHAPTER 7**
                                             CASE NO. 06-42476

**Sima Schwartz a/k/a**
**Sima M. Shwartz**
                    **Debtor**

## REQUEST FOR AN AMENDMENT OF A DECISION IN A WAIVER OF THE CHAPTER 7 FILING FEE FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN FULL OR IN INSTALLMENTS

To: The Honorable Joel B. Rosenthal, U.S. Bankruptcy Judge,

I am a Debtor, Sima Schwartz, Pro Se, 60 years old unmarried women, asking to amend your decision of my payment due by March 8, 2007 to grant me a Waiver of any fee in this Bankruptcy Chapter 7 case, "hardship discharge" in all my debts, discharge the mortgage to receive a decree regaining a possession of my primary residence house at 23 Sigel Street in Worcester, MA 01610, U.S.A., and invalidate a foreclosure purchase of said house by Deutsche Bank, under section 548 of the Bankruptcy Code of the Massachusetts Uniform Fraudulent Conveyance Act.

**1. Income:**

a) Currently I serve as a Vice President of Massachusetts Music Teachers Association. It is a volunteer position. I have made several programs, some of them are being recorded on a CD's and DVD, made a numbers of a successful Piano Performances giving me high recognition in Who'sWho in America, Who's Who in American Women, Who's Who in the World. My talent and a teaching Skill have been approved by leading International Authorities in a classical Music Field.

I was born in former Soviet Union, now Ukraine, and immigration to United States in September, 1995 is my second after immigration to Israel. During 1996-2000 I have developed a Self Employed successful business Sima's Music Club in Cambridge, MA, which provided me a financial security at that time.

My "Baby Boomer's" age has turned my mind to secure financial future by going to a Real Estate business, which for some reasons lead me to extremely bad and dangerous financial situation, I am in now. I can't survive without your help! I teach only one Piano Student, to whom I drive an hour and a half one way to Newton, Massachusetts ones a week for $45.00 a lesson. I consider my recordings and lessons now under Schwartz Piano Enterprize, LLC, my registered in Nevada business. I desperately needed money for a living, and sold my piano in July, 2006 for a $5,000.00. The money from a sold Baby Grand Piano Yamaha is letting me to be alive, and only $555.75 left, divided in my two business accounts in the amount of $333.53 + $222.22.

b) At the end of year 2005 I have established 5 businesses in an expectation to develop them, and to have income from it. Unfortunately, I have been denied a financing as banks required to show an income which I do not have. So, not renovated, not livable House in Rensselaer, NY, U.S.A.

which has been purchased at $15,000.00, and turned into a Blue River Trust of another of my businesses, named First RNY, LLC, still has no value to help me. It is still on a market, and no buyers.

Other businesses even did not start, other than on papers.

c) To get out of a financial hardship, I spent my unlimited time, and borrowed money obtained by refinancing of the House, locating at 23 Sigel Street, Worcester, MA 01610 U.S.A., using its equity; to repair said house; to find a tenants to get rental income. Those I have found did not pay me a rent, except one short time tenant. Ones it was an eviction, after which I have been reimbursed in amount of $1,470.00 two years later by Central Mass. Housing Alliance, Inc. That's it!

d) Living in Israel, I started my passion to Real Estate as a source of a foundation of a stability of living, observing falling interest in a society of immigrants to give a new generation a formal music education for intellectual purposes. I was teaching in Hebrew at Giloh Dalet Middle School Piano and Piano Ensembles, made several Solo and Ensemble Performances, same time getting income from cleaning houses to help my daughter to get the best Music Education possible to develop her talent. I also have made several Real Estate transactions. As a result, I have 2 bedrooms, (3 room total) apartment in Tiberia, where until august of this year the changed tenants were made a monthly payments, deposited to my Bank Discount Checking account. The minimum monthly payments then being debited from this account by Bank Tfahot, lender of my Mortgage.

As a result of an extremely hard situation in Israel, during a war, the tenant has left my apartment, simultaneously market price for it dropped to $22,000. So, I had $250.00 a month, which covered a R.E. manager and other expenses, including a mortgage payment. Now I do not have this secure income either, and owe money to Bank Tfahot, to City Taxes, and to a Checking Account!!

e) For same purpose to get money for living, I made an effort to know how to use a Computer, and to do it in English, which is not my native language, a purpose especially difficult in my age because of learning Hebrew as a second language several years before my immigration to United States of America;

I work to improve my situation, but can't!!!

**I am pleading for your help!**

## 2. House at 23 Sigel Street in Worcester, MA U.S.A.:

a) My first Real Estate in United States was 1 bedroom Condominium in Marlborough, MA. Its price was $50,000.00 in year 2000. For me it has a history of making a program of all F. Chopin's Four Ballades, S. Prokofiev's Set of 20 Vision Fugitives and a Sonata No.3. I have performed this Program in different places, including Marlborough Public Library, and have several newspapers Articles after a Concert-Lecture, which has been met by an audience with a standing ovation. Later this program was recorded at a CD by Ullanta.

I sold a Condominium for $90,000.00 in a summer of 2002, and proceeds from the sale were used in a down payment for a broken House in Worcester, MA, and later for a broken House in Rensselaer, NY.

b) Worcester House has been refinanced several times to improve its condition and has a Market Value around $370,000.00.

At this moment Deutsche Bank has a Deed of a House. With my respect to a Law Firm Doonan, Graves, & Longoria, LLC, serving Deutsche Bank, I believe the actions of a said firm to obtain

an ownership were wrongful, and am asking you to investigate my proof and to rule to help me to regain a possession of the House, and not to be thrown out to a street in the middle of a winter! I know that a Bankruptcy is for people who try to do everything to get succeed, like me. Please help me!

**c)  I swear that I am fighting for this house I live in, and never ever gave peaceable and unopposed entry on premises situated at 23 Sigel Street, Worcester, MA for the purpose of foreclosure and taking possession of my premises!!!**

Certificate of Entry to Foreclose, has been recorded on September 13, 2006 in Bk: 39958 Pg: 221 about a foreclosure in May 24, 2006, signed by two witnesses is a false document.

Foreclosure has been conducted outside of my house by two people: one man in a red car, parking under my main entrance, another person was a woman, has parking across the street in front of a house of 22 Sigel Street. No other people were under my windows, nobody knock to ask me to get them inside!!!! They spent around 10 minutes, talking, and then left toward Millbury Street, following each other.

d) In a Motion of HomeEq for Relief from Stay same Law Firm attached an Assignment of 2nd Mortgage; never been in this foreclosure, dated June 14, 2006, Real 1st Mortgage Assignment has been done on May 23, 2006, the day before a Foreclosure.

e) All the Foreclosure process has been conducted by said Law Firm, as a representative of a Deutsche Bank. At that time Deutsche Bank did not have yet legal rights to do so as a Mortgagor or Lander of my Mortgage. See Attachment, HomeEq's Letter stating that OCWEN FEDERAL BANK FSB is my creditor, dated November 7, 2005. Thus, it is not possible for a Deutsche Bank to do any transaction, using the previous Lender First NLC!

f) Deutsche Bank has purchased a said House at $225,000.00, which was and is around $150,000.00 less than a Market Value. See Attachment, HomeEq's purchased Hazard Insurance on my name, evaluating my house at $364,000.00 on August 3, 2006; Also Prudential Realtors Average Price Report, run on September 14, 2006 for a 1 year period at that time; Also Pre-Appraisal Analysis made by Aegis Mtg.

g) An Affidavit has been forgotten by Deutsche Bank to be included to a Motion. This document about a Foreclosure on May 24, 2006 being recorded at Worcester Registry of Deed on September 7, 2006.

Please help me to stay as other Bankruptcy Petitioner does according a Law, do not help this Law Firm to through me on a street.

I have more proof of a manipulation in a making my house to be a Deutsche Bank House.

I can be mistaken in some point, but it is obvious, that there is a material for a Massachusetts Fraudulent Conveyance Act Decision.

Dated: December 14, 2006

Sima Schwartz
23 Sigel Street, Apt.2
Worcester, MA 01610
Phone/Fax: 508-799-0766
Cell: 774-239-1430

### COMMONWEALTH OF MASSACHUSETTS
The Trial Court

Worcester, ss.

HOUSING COURT DEPARTMENT
WORCESTER COUNTY DIVISION

NO:06-SP-2504

Deutsche Bank National  *,Plaintiff*

V.

**RULING ON MOTION**

Sima Shwartz , *Defendant*


A hearing was held this day before the Court, Judge Diana H. Horan   presiding, on Defendant's   motion to stay execution.


After hearing, said motion is continued generally due to defendant's suggestion of bankruptcy.


Additional conditions, If any: None


Date. 11-16-2006

*James A. Bisceglia*

James A. Bisceglia
Clerk Magistrate

**FORM**
*(Please print or type)*

WORCESTER HOUSING COURT

**COMMONWEALTH OF MASSACHUSETTS**
**TRIAL COURT**

C5 NOV -1 PM 12: 51

a. _Glocester_____, ss:
County

d. Name of Court _Housing_____

e. Docket No. _06 - SP - 2504_____
   Summary Process

b. _Deutsche Bank_____
   Plaintiff(s) - Landlord(s)

vs.

**MOTION TO STAY EXECUTION**

c. _Schwartz Sima___
   Defendant(s) - Tenant(s)

The tenant in this case requests this Court to stay the issuance of execution under M.G.L. c. 239, §§9 and 10, applicable rules, and the court's equitable powers.[1]

1. The tenant has been unable to find a new place to live, despite diligent efforts as follows:

   _____
   _____
   _____

2. ☑ Tenant or someone in his/her household is 60 years of age or older.

3. ☐ Tenant or someone in his/her household has a physical or mental impairment.

4. It would be a special hardship to move now, because:
   _I have stress after a robery in my apartment_
   _at October 28, 2006._
   _My new job, starting November, 2006 is adding_
   _a stress factor, I feel very bad._

_Hearing will be heard on November 16, 2006_
_at the Worc. Housing Ct - 2 main St, RM 101 at_
_9:00 Am_

---

[1] Pursuant to *LoRusso v. Talbot*, 1999 Mass. App. Div. 301, 304, "[w]hile it is within the judge's discretion to consider any hardship a stay may cause the landlord, the legislative purpose and policies underlying the above statutes [M.G.L. c. 239, §§10 and 10] appear to mandate a judicial thumb on the scale of any balancing of interests in favor of the tenant."

*Stay - Page 6*
*May 15, 2003*

COMMONWEALTH OF MASSACHUSETTS

_____ SS:

**HOUSING COURT DEPARTMENT**
**Worcester Division**
Case # *06-SP-2504*

*Deutsche Bank*
Plaintiff/Landlord

VS.

*Swartz*
Defendant/Tenant

## SUMMARY PROCESS AGREEMENT FOR JUDGMENT

**THE UNDERSIGNED PARTIES HEREBY AGREE TO THE FOLLOWING FACTS AND TO ENTRY OF THE FOLLOWING JUDGMENT AS A RESOLUTION OF THEIR CASE.**

(✓) The agreed upon rent for the unit is $ _____ *0* _____ per month.

(✓) The tenant owes $ _____ *0* _____ in contract rent for the period of _____ *0*

through *Jan 1*, 200*7*

( ) The rent owed is reduced by $ _____ on account of the tenant's claims, leaving an amount

owed of $ _____

(✓) Judgment for possession ~~and for $~~ _____ is to enter for :

☑ the landlord  ☐ the tenant  on _____ *10/23/06* _____ plus costs of $ _*0*_

(✓) The tenant agrees to vacate on *Jan 1*, 200*7*  Landlord may request in writing  an
execution to issue thereafter.

( ) The Landlord shall make the following repairs to the premises according to the following schedule _____

_____

(✓) The parties further agree as follows:

*① Tenant agrees to vacate premises, remove
all possessions, leave apt in broom
clean condition and return keys to
plaintiff on or before Jan 1, 2007*

see other side →

WORCESTER
HOUSING COURT

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT

cester.ss.

Housing Court Department
Worcester County Division

Case No. 06 - SP - 2504

~sche Bank, PLAINTIFF

MOTION

a Schwartz DEFENDANT

The undersigned *Sima Schwartz* hereby moves this Court

o continue this case until _____

[ ] to amend

[ ] to dismiss this case

[ ] to remove default or dismissal and for relief from judgment and set the case for trial on

[ ] to stay execution

[X] other 1) *Remove deliquency of debt*
*2) Prohibit Deutsche Bank from selling*
*the property before the trial date*
*3)*
For the following reasons: *Foreclosure was May 24, 2006*
*Bank sold the property to themselves much below*
*market value, which is a violation of*
*section 548 of the Bankruptcy Code as fraudulent*
*conveyance.*

This motion will be heard _____

| | | |
|---|---|---|
| [✓] Worcester Session, 2 Main St. Rm 101 | [✓] 9 a.m. __ 10 a.m | __ 2 p.m. |
| [ ] Dudley Session, West Main St., Dudley | | __ 2 p.m. |
| [ ] Uxbridge Session, Main St., Uxbridge | | __ 2 p.m. |
| [ ] Fitchburg Session, 84 Elm St., Fitchburg | | __ 9 a.m. |
| [ ] Gardner Session, 108 Matthews St. Gardner | | __ 9 a.m. |
| [ ] E. Brookfield Session, 544 E. Main St. E. Brookfield | | __ 2 p.m. |
| [ ] Marlboro Session, 45 Williams St., Marlboro | | __ 2 p.m. |

I (gave) (mailed) a copy of this motion on *Septem. to 12, 2006 to Doonan & C.*
*Attorneys firm*
*Sima Schwartz*

_____
Signature and Date

Print Name and Address
*23 Sigel St. Worcester, MA*
*01610*

# DISCOVERY FORM

*(Please print or type)*

## COMMONWEALTH OF MASSACHUSETTS
## TRIAL COURT

a. _Worcester_ , ss:
County

e. Name of Court _Housing_
f. Docket No. _____
Summary Process

b. Rescheduled Trial Date (2 weeks after original trial date) _09/14/2006_

c. _Deutsche Bank_
Plaintiff(s) - Landlord(s)

**DEFENDANT'S REQUEST
FOR DISCOVERY (INTERROGATORIES
AND DOCUMENT REQUESTS)**

vs.

d. _Sima Schwartz (Shwartz)_
Defendant(s) - Tenant(s)

### Notice to Plaintiff

A. Because this Discovery has been filed and served, the trial date is automatically postponed
for two weeks until the date stated above. If a jury trial has been requested, then a pre-trial
conference will be held on the Rescheduled Trial Date (at which time a jury trial date will
usually be assigned).

B. You are required by law to answer the interrogatories (questions) checked off below truthfully and
fully, under the pains and penalties of perjury. Before each of your answers, you must re-state the
interrogatory to which you are responding. Include all information that is available to you and to
those who work with and for you. You must also provide any and all requested documents in your
possession or that of your agents or employees.

C. No later than ten (10) days after you or your attorney receives this Request for Discovery, the
court and the defendant must receive your responses to these questions and documents requested.
Answers should be mailed or delivered to the defendant's apartment.

D. You are also required to supplement and/or amend your responses to this discovery if after
you have responded you learn:

(1) the identity of other persons with information about the questions asked (including
expert witnesses you intend to have testify at trial); and/or

(2) that any of the information you gave in the responses was incorrect when made or is
no longer correct.

*Booklet 4* ▲ 3

## Disability

31. ☐   Please describe any knowledge, information or belief you have of the tenant or a household member having any mental and/or physical disability, including but not limited to how you were made aware of such disability and what disability you believe or were informed the tenant or the household member has.

32. ☐   Please describe in detail any requests made by or on behalf of the tenant or household member for an accommodation (e.g., a change in rules or policy, a physical change to the apartment, not proceeding with an eviction, or other special treatment) due to her/his disability, including but not limited to:

     a.   When and how the tenant or other person asked you for an accommodation;

     b.   What s/he requested that you do or not do on account of her/his disability; and

     c.   Your response.

## Other

33. ☐   If you knew or believed that the tenant went to a tenants' meeting or participated in a tenants' organization, or filed or threatened to file a lawsuit or claim against you, describe such actions and state when and how you became aware of this.

34. ☐   If the tenant or any agency or person asked you to accept a subsidy for the tenancy (for example, Section 8) or to fill out any forms related to a subsidy for a housing authority or other agency, please describe such request in detail, including but not limited to:

     a.   What you were asked to do;

     b.   When;

     c.   How (orally or in writing) the request was made; and

     d.   Your response.

35. ☐   For each conversation you have had with the tenant about the reason(s) for eviction or that concerns your claims and/or the tenant's defenses or counterclaims in this action, please state when, who was present, and what was said.

36. ☐   Please state your opinion, if any, of the fair market monthly *rental* value of the apartment (i.e., for how much you could rent the apartment in good condition) for each year of the tenant's tenancy/occupancy, and describe in detail the basis for your opinion.

37. ☐   If the building or the tenant's apartment has been converted to the condominium or cooperative form of ownership, or if there is an intent to do so, please state:

     a.   When the conversion took place or will take place; and

     b.   The substance and date(s) of information or notices, if any, provided the tenant by the landlord or any other person or entity regarding any rights the tenant may have under applicable condominium conversion eviction laws.

38. ☑   a. Please provide all the documents you have, make you think that you are intitled to conduct my foreclosure. Include: why you skip First NLC, Ocwen Federal Bank and HomeEq Loss

Mitigation Department in preparation process.

b. Please provide all the documents of the preparation of sale under a power of sale clause, and taking possesion of my premises. Please include dates of an advertisements, content and a price for 23 Sigel St., Worcester, MA.

39. a. Please clarify the amount due for my 1st and 2nd mortgage with HomeEq.

b. What relationship I have now with HomeEq? I have recently got an Insuranse, purchased by HomeEq for my house.

D40. ☑ Any documents not already produced regarding the tenant, his/her apartment, or his/her tenancy.

D41. ☐ _____

_____

_____

D42. ☐ _____

_____

_____

I hereby certify that I delivered or mailed (*circle which one*) a copy of this Discovery to my landlord or to his/her lawyer on **08/24/2006** _____ (*date*).

_Cllbapy_____    _____
Signature of Tenant                                Signature of Tenant

_Sima Schwartz_____    _____
Tenant's Name (*print*)                          Tenant's Name (*print*)

_23 Sigel Street_____    _____
Address                                                    Address

_Worcester   MA  01610__    _____
City                    State        Zip              City                    State        Zip

_508-799-0766_____    _____
Telephone Number                                 Telephone Number

cel. 774-239-1430



# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & Washington*

*www.dgandl.com*

*100 Cummings Center*
*Suite 213C*
*Beverly, Massachusetts 01915*
TEL: (978) 921-2670 *812*
FAX: (978) 921-4870

## NOTICE OF INTENT TO FORECLOSE MORTGAGE AND INTENT TO PURSUE DEFICIENCY AFTER FORECLOSURE OF MORTGAGE

*#814*
*MA forecls.*

May 5, 2006

*purchased*
*6/2/06 Fr. back to bank*
*nobody bid*

Sima Shwartz
23 Sigel Street
Worcester, MA 01610

*Eviction Redemption REO department*
*HomeEq. 800 348 7311 x5x0*
*loan # 324278035*

VIA CERTIFIED MAIL

RE: 23 Sigel Street, Worcester, MA 01610

TO:  Sima Shwartz :

     You are hereby notified, pursuant to Massachusetts General Laws, Chapter 244, §14, of the intention of Deutsche Bank National Trust Company, as Trustee, on or after May 24, 2006 at 3:00 PM to foreclose by sale, under the power of sale for breach of conditions, the mortgage given by Sima Shwartz  to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005 and recorded at the Worcester County (Worcester District) Registry of Deeds Registry of Deeds at Book 36911, Page 349, which mortgage was to secure a note of the same date given by you, for the whole or part, of which you may be liable to the aforesaid Lender in case of a deficiency in the proceeds of the foreclosure sale.

                         Very truly yours,

                         Deutsche Bank National Trust Company, as Trustee
                         by its attorneys                    *Reneau*
                         DOONAN, GRAVES, & LONGORIA L.L.C.,

                         by:_____
                         John A. Doonan, Esq.

kp/JD

# NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Sima Shwartz    to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, recorded with Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349 of which mortgage the undersigned is the present holder for breach of conditions of said mortgage and for the purpose of foreclosing the same will be sold at PUBLIC AUCTION at **3:00 PM** on **May 24, 2006**, on the mortgaged premises. The entire mortgaged premises, all and singular, the premises as described in said mortgage:

The land with the buildings thereon, situated on the southerly side of Sigel Street in the City of Worcester, County of Worcester, Commonwealth of Massachusetts, bounded and described as follows:

BEGINNING at a point at an iron pipe set in the southerly line of Sigel Street, said point being S. 79 degs. 45' 00" E. sixty-nine and no hundredths (69.00) feet from the intersection of said line of Sigel Street with the easterly line of Bigelow Street;

THENCE S. 50 degs. 30' 55" E. by Parcel B, eleven and forty-three hundredths (11.43) feet to an iron pipe set at a point;

THENCE S. 10 degs. 32' 58" W. by Parcel B, fifty-two and twenty-eight hundredths (52.28) feet to an iron pipe set at a point;

THENCE N. 79 degs. 45' 00" W. by Parcel B, thirty-five and no hundredths (35.00) feet to an iron pipe set at land now or formerly of Stephen J. Nenninger;

THENCE N. 10 degs. 32' 58" E. by said land of Nenninger and land now or formerly of Sofie Holowy, fifty-seven and eighty-six hundredths (57.86) feet to a point in the southerly line of Sigel Street;

THENCE  S. 79 degs. 45' 00" E. by said line of Sigel Street, twenty-five and no hundredths (25.00) feet to the point of beginning.

Being delineated as Parcel A on a plan entitled "Land in Worcester, Massachusetts Prepared for 23 Sigel Street Realty Trust" dated February 22, 2002 and prepared for

In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of foreclosure, the Mortgagee reserves the right to sell the property by foreclosure deed to the second highest bidder, providing that said second highest bidder shall deposit with the Mortgagee's attorneys, DOONAN, GRAVES, & LONGORIA L.L.C., 100 Cummings Center, Suite 213C, Beverly, Massachusetts, 01915, the amount of the required deposit as set forth herein within three (3) business days after written notice of the default of the previous highest bidder and title shall be conveyed to the said second highest bidder within twenty (20) days of said written notice.

If the second highest bidder declines to purchase the within described property, the Mortgagee reserves the right to purchase the within described property at the amount bid by the second highest bidder.

The foreclosure deed and the consideration paid by the successful bidder shall be held in escrow by DOONAN, GRAVES, & LONGORIA L.L.C., (hereinafter called the "Escrow Agent") until the deed shall be released from escrow to the successful bidder at the same time as the consideration is released to the Mortgagee, thirty (30) days after the date of sale, whereupon all obligations of the Escrow Agent shall be deemed to have been properly fulfilled and the Escrow Agent shall be discharged.

Other terms to be announced at the sale.

Dated: April 24, 2006

Deutsche Bank National Trust Company, as Trustee

By: John A. Doonan. Esq.,
DOONAN, GRAVES, & LONGORIA L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
(978) 921-2670
www.dgandl.com



# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & Washington*

*www.dgandl.com*

September 8, 2006

*100 Cummings Center*
*Suite 213C*
*Beverly, Massachusetts 01915*
*TEL: (978) 921-2670*
*FAX: (978) 921-4870*

Sima Schwartz
23 Sigel Street, 2nd Fl.
Worcester, MA 01610
Fax no. 508-799-0766

    RE:    Deutsche Bank National Trust Co. v. Shwartz
               Docket No. 06-SP-2504

Dear Ms. Schwartz:

    Enclosed, please find the plaintiff's reply to counterclaims and response to the defendant's discovery requests. If you have any questions or need further information, I may be reached at (978) 921-2670, ext. 13.

Sincerely,

Erin E. Powers

May 23, 2006
(LET JUDGMENT ISSUE:

Karyn F. Scheier
Chief Justice

# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL

06 MISC 320064

Only

LAND COURT FILED
05 MAR -8 PM 11:50

| Worcester | ss. | | Case No. |
|---|---|---|---|

## COMPLAINT TO FORECLOSE MORTGAGE

| PLAINTIFF: | | City or Town | |
| Name | | of Residence | |
| **Deutsche Bank National Trust Company, as Trustee** | | North Highlands, CA | |
| DEFENDANT | | City or Town | Interest |
| Name | | of Residence | |
| **Sima Shwartz** | | **Worcester, MA** | Owner |

1.  Your plaintiff is the ~~owner ( or~~ assignee) and holder of a mortgage with the statutory power of sale given by

**Sima Shwartz**

to

**Mortgage Electronic Registration Systems, Inc., as nominee**    dated    **July 22, 2005**

**for First NLC Financial Services, LLC**

| recorded at the | **Worcester County (Worcester** | Book | **36911** | Page | **349** |
|---|---|---|---|---|---|
| | **District) Registry of Deeds** | | | | |

| covering* | **23 Sigel Street** | (Street and Number) |
|---|---|---|

**Worcester, MA**                                    (and city or town)

and more particularly described in said mortgage.

---

**LAND COURT USE ONLY**

## JUDGMENT

Under the provisions of the Servicemembers Civil Relief Act, this cause came on to be heard and thereupon, upon consideration thereof, it appearing to the Court that the record owner is not entitled to the benefits of said Act, it is

ORDERED and ADJUDGED that the plaintiff be authorized and empowered to make an entry and to sell the property covered by the mortgage as set forth in this complaint in accordance with the powers contained in said mortgage.

By the Court.         **A TRUE COPY**
    Attest:        **ATTEST:**

    Deborah J. Patterson                Deborah J. Patterson

(SEAL)                                *Recorder*

                    **RECORDER**

NOTE:  Wherever the singular is used herein, it shall be deemed to mean and include the plural where applicable.
    *A metes and bounds description to the property is not necessary

Bk: 39958 Pg: 219

2006 00154206
Bk: 39958 Pg: 219  Doc: COM
Page: 1 of 1   10/13/2006 11:21 AM

May 23, 2006

(LET JUDGMENT ISSUE:

*Karyn F. Scheier*
*Chief Justice*

# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL

06 MISC 320064

Only

Worcester          ss.                                    Case No.

## COMPLAINT TO FORECLOSE MORTGAGE

| PLAINTIFF: | City or Town | |
| Name | of Residence | |
| **Deutsche Bank National Trust Company, as Trustee** | North Highlands, CA | |
| DEFENDANT | City or Town | Interest |
| Name | of Residence | |
| **Sima Shwartz** | **Worcester, MA** | Owner |

1. Your plaintiff is the ~~owner ( or~~ assignee) and holder of a mortgage with the statutory
power of sale given by

| **Sima Shwartz** |
| to |
| **Mortgage Electronic Registration Systems, Inc., as nominee**   dated   **July 22, 2005** |
| **for First NLC Financial Services, LLC** |

| recorded at the | **Worcester County (Worcester** | Book | **36911** | Page | **349** |
| | **District) Registry of Deeds** | | | | |

| covering* | **23 Sigel Street** | (Street and Number) |
| **Worcester, MA** | | (and city or town) |

and more particularly described in said mortgage.

## LAND COURT USE ONLY

## JUDGMENT

Under the provisions of the Servicemembers Civil Relief Act, this
cause came on to be heard and thereupon, upon consideration thereof, it appearing to the Court
that the record owner is not entitled to the benefits of said Act, it is
           ORDERED and ADJUDGED that the plaintiff be authorized and empowered to make
an entry and to sell the property covered by the mortgage as set forth in this complaint in accordance
with the powers contained in said mortgage.

By the Court.    **A TRUE COPY**                     *Deborah J. Patterson*
   Attest:       **ATTEST:**

                 *Deborah J. Patterson*          Deborah J. Patterson
(SEAL)                                           *Recorder*

                    **RECORDER**

NOTE:  Wherever the singular is used herein, it shall be deemed to mean and include the plural where applicable.
       *A metes and bounds description to the property is not necessary

p:\Massachusetts Foreclosures\Generated_Forms\Complaint Form_Foreclosure_Shwartz_2320.15

### ATTEST: WORC. Anthony J. Vigliotti, Register

# FORECLOSURE DEED

Deutsche Bank National Trust Company, as Trustee, having it's usual place of business at 4837 Watt Avenue, North Highlands, CA, holder of a mortgage from Sima Shwartz   to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, and recorded with the Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349, by the power conferred by said mortgage and every other power, for Two Hundred Twenty Five Thousand and 00/100 ($225,000.00) dollars paid, grants to DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT dated as of November 1, 2005, with a mailing address of: 4837 Watt Avenue,  North Highlands, CA, the real property with the buildings and improvements thereon, if any, situated in Worcester, Worcester County, Massachusetts, which real property is fully described in Schedule "A" attached hereto and made part hereof by reference, being the premises conveyed by said Mortgage.

PROPERTY ADDRESS:        23 Sigel Street
                        Worcester, MA  01610

Executed under seal the 7_ day of September, 2006 as the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, by John A. Dunnery, its Vice President and Jeff Szymendera its Vice President

by: _____

its: Vice President

by: _____

its Vice President

## STATE OF North Carolina

Wake , SS County                        DATE: _____

On this ___ day of _____, 2006, before me, the undersigned Notary Public, personally appeared John A. Dunnery its Vice President and Jeff Szymendera its Vice President, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that  the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, before me

EDGETON MONROE
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010

_____
**Notary Public**
**My Commission Expires:**

# Schedule "A"

The land with the buildings thereon, situated on the southerly side of Sigel Street in the City of Worcester, County of Worcester, Commonwealth of Massachusetts, bounded and described as follows:

BEGINNING at a point at an iron pipe set in the southerly line of Sigel Street, said point being S. 79 degs. 45' 00" E. sixty-nine and no hundredths (69.00) feet from the intersection of said line of Sigel Street with the easterly line of Bigelow Street;

THENCE S. 50 degs. 30' 55" E. by Parcel B, eleven and forty-three hundredths (11.43) feet to an iron pipe set at a point;

THENCE S. 10 degs. 32' 58" W. by Parcel B, fifty-two and twenty-eight hundredths (52.28) feet to an iron pipe set at a point;

THENCE N. 79 degs. 45' 00" W. by Parcel B, thirty-five and no hundredths (35.00) feet to an iron pipe set at land now or formerly of Stephen J. Nenninger;

THENCE N. 10 degs. 32' 58" E. by said land of Nenninger and land now or formerly of Sofie Holowy, fifty-seven and eighty-six hundredths (57.86) feet to a point in the southerly line of Sigel Street;

THENCE S. 79 degs. 45' 00" E. by said line of Sigel Street, twenty-five and no hundredths (25.00) feet to the point of beginning.

Being delineated as Parcel A on a plan entitled "Land in Worcester, Massachusetts Prepared for 23 Sigel Street Realty Trust" dated February 22, 2002 and prepared for filing with the Worcester District Registry of Deeds in Plan Book 779, Plan 26, by Bouley Brothers, Inc., Professional Land Surveyors, Worcester, Massachusetts.

For my title see deed from Shahreh Emrari, trustee 23 Sigel Street Realty Trust, trust dated 10/1/97 in Book 19226, Page 14.

## AFFIDAVIT

I, John A. Dunnery, being the duly authorized loan servicing agent for Deutsche Bank National Trust Company, as Trustee, named in the foregoing deed, make oath and say that the principal, interest, and tax obligations mentioned in the mortgage above referred to were not paid or tendered or performed when due or proper to the sale; and that I published on May 3, 2006, May 10, 2006 and May 17, 2006, in the Worcester Telegram, published in Massachusetts and by its cover page purporting to be published in Worcester and having a circulation therein, notice of which the following is a true copy;

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF

I have also complied with Chapter 244, § 14 of the General Laws of Massachusetts as amended by mailing the required notices registered mail, return receipt requested.

Pursuant to said notice, on May 24, 2006 at 3:00 PM, at which time and place upon the mortgaged premises, Deutsche Bank National Trust Company, as Trustee sold the mortgaged premises at public auction by Ronald J. Marcella of Tache' Auctions and Sales, a licensed auctioneer, to DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT dated as of November 1, 2005, for Two Hundred Twenty Five Thousand and 00/100 ($225,000.00) dollars, being the highest bid made therefore at said auction.

Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact,

Witness:

_____

by: _____

its: Vice President

_____

### STATE OF North Carolina

_____, SS.

On this 7 day of September, 2006, before me, the undersigned Notary Public, personally appeared John A. Dunnery its Vice President, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, before me.

EDGETON MONROE
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010

_____, Notary Public

My Commission Expires: ___

HomEq Servicing
P.O. BOX 13716
SACRAMENTO, CA 95853-3716



# ACCOUNT STATEMENT

**Statement Date:** 04/26/06
**Account Number:** 324278092

04/11/06 10 20 0000879 20060426 8DD40101 HMQ-M1 1 OZ-DOM 8DD4010000* 145144 MS

SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610-1824

### QUESTIONS ABOUT YOUR ACCOUNT
Visit us on the web at www.homeq.com, or call Customer Service at
1-877-867-7378 Monday through Friday, 5:30 A.M. - 5:30 P.M., Pacific
Time. Please have your account number available.
*For your convenience, our automated attendant is
available 24 hours a day, seven days a week.*

**Property Address:** 23 SIGEL ST
WORCESTER MA 01610

| | | | |
|---|---|---|---|
| **Payment Due Date: 12/01/05** | | **Total Amount Now Due:** | **$4,518.51** |

| | | | |
|---|---|---|---|
| Principal and Interest Due | $735.78 | **ACCOUNT** | **Current Principal Balance** $67,949.43 |
| Amount Past Due | $3,678.90 | **INFORMATION** | *The Current Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.* |
| **Late Charge Balance** | **$88.28** | | |
| Returned Check Fees | $0.00 | | |
| Other Fees | $0.00 | **INTEREST & TAX** | Interest Paid Year-To-Date $.00 |
| Advances | $15.55 | **INFORMATION** | Taxes Paid Year-To-Date $.00 |
| **Total Amount Now Due\*** | **$4,518.51** | | Interest Paid in 2005 $718.75 |
| *\*Total may not include other fees or advances* | | | Taxes Paid in 2005 $.00 |

In order to assist you with tax planning, we are providing
information on your Account interest and taxes paid in
the prior year.

**PLEASE NOTE:**
If the total scheduled payment is not received by the Late Charge
Date, the Late Charge Amount may be assessed to your account.

| | |
|---|---|
| **Late Charge Date** | **12/16/05** |
| **Late Charge Amount** | **$22.07** |

**ACCOUNT STATUS**

Your account is now in default. We may have a
solution for you. Please contact us immediately
by calling 1-877-867-7378. If you have already
brought your account current, please accept our
thanks.

**PROTECT YOUR CREDIT**

You are hereby notified that we may report
information about your account to credit reporting
agencies. Late payments, missed payments, or
other defaults on your account may be reflected
on your credit report. To dispute information
reported to a credit reporting agency, please
send a written dispute and any related
documentation to the credit reporting agency.

### \*PAYMENT ACTIVITY
### SINCE LAST STATEMENT

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Late Charge(s)/Fees/Advances | $.00 |
| Total | $.00 |

A27111

## IMPORTANT MESSAGES

### New Expanded Payment Options!

We have updated our payment options to include an electronic check-by-phone feature. This service is available every
day, around the clock, except during scheduled maintenance every Sunday from 7:30 P.M. to midnight, Pacific Time.
This service will be provided free of additional charge through 05/17/2006. Please review the back of this statement for
more information regarding all of your payment options and any applicable fees.

### \*Payment Activity Since Last Statement

A payment has not been applied to your account since your last Account Statement was mailed. As a result, activity is
not reflected in the Payment Activity Since Last Statement section. For payment updates, our automated attendant is
available 24 hours a day, seven days a week at 877-867-7378. Or, visit us on the web at www.homeq.com and follow
the instructions provided to access your Account History.

*Detach here and send this COUPON with your payment. Retain top portion for your records. Please do not send correspondence with your payment.*

# HOMEQ SERVICING

*7/29/06 due 1589 4.21 apt. stat.*

*foreed 866 822-1471*

- P.O. BOX 13716
  SACRAMENTO, CA 95853-3716

**WACHOVIA**

# ACCOUNT STATEMENT

**Statement Date:** 01/26/06
**Account Number:** 324278035

## QUESTIONS ABOUT YOUR ACCOUNT

Visit us on the web at www. homeq.com, or call Customer Service at 1-877-867-7378 Monday through Friday, 5:30 A.M. - 5:30 P.M., Pacific Time. Please have your account number available. *For your convenience, our automated attendant is available 24 hours a day, seven days a week.*

12/28/05  15 13  0000738 20060127 6AD16101 HMQ-M1  1 OZ DOM 6AD1610000* 145144  MS

SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610-1824

Property Address:  23 SIGEL ST
WORCESTER MA 01610

**Payment Due Date:  12/01/05**     **Total Amount Now Due:  $5,838.26**

| | |
|---|---|
| Principal and Interest Due | $1,918.65 |
| Amount Past Due | $3,837.30 |
| **Late Charge Balance** | **$57.56** |
| Returned Check Fees | $15.00 |
| Other Fees | $3.00 |
| Advances | $6.75 |
| **Total Amount Now Due*** | **$5,838.26** |

*Total may not include other fees or advances

**ACCOUNT INFORMATION**

**Current Principal Balance**   **$271,401.48**

*The Current Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

**INTEREST & TAX INFORMATION**

| | |
|---|---|
| Interest Paid Year-To-Date | $.00 |
| Taxes Paid Year-To-Date | $.00 |
| **Interest Paid in 2005** | **$1,717.88** |
| **Taxes Paid in 2005** | **$.00** |

In order to assist you with tax planning, we are providing information on your Account interest and taxes paid in the prior year.

**PLEASE NOTE:**

If the total scheduled payment is not received by the Late Charge Date, the Late Charge Amount may be assessed to your account.

| | |
|---|---|
| **Late Charge Date** | **12/16/05** |
| **Late Charge Amount** | **$57.56** |

**ACCOUNT STATUS**

Your account is currently past due and is subject to reporting to the credit-reporting agencies as a delinquent account. To protect your credit rating, please contact our office immediately by calling 1-877-867-7378. If you have already sent your payment, please accept our thanks. If no, please refer to the back of this billing statement for payment options.

**PROTECT YOUR CREDIT**

You are hereby notified that we may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected on your credit report. To dispute information reported to a credit reporting agency, please send a written dispute and any related documentation to the credit reporting agency.

## *PAYMENT ACTIVITY
SINCE LAST STATEMENT

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Late Charge(s)/Fees/Advances | $.00 |
| Total | $.00 |

A27711

**IMPORTANT MESSAGES**

### *Payment Activity Since Last Statement

A payment has not been applied to your account since your last Account Statement was mailed. As a result, activity is not reflected in the Payment Activity Since Last Statement section. For payment updates, our automated attendant is available 24 hours a day, seven days a week at 877-867-7378. Or, visit us on the web at www.homeq.com and follow the instructions provided to access your Account History.

Dear Sima Shwartz,

Records indicate that the pre-appraised value of your residence at 23A Sigel St in Massachusetts has experienced above average equity growth. Our records indicate your current home loan is with **Aegis Mtg**. This may be the best time to refinance debt, obtain instant cash or lower your monthly payment on your property.

| PRE-APPRAISAL ANALYSIS FOR PROPERTY LOCATED AT 23A Sigel St | | | | |
|---|---|---|---|---|
| Loan Origination Date | Estimated Total Equity Percentage Growth | Estimated Appraisal Value | Total Equity | Current Analysis Good For: |
| 2005 May | 7% | $355,614.50 | $66,614.50 | 30 Days |

*All calculations are estimates only. This is not an official appraisal and cannot be used for an appraisal. Estimated Value is based on estimated loan amount plus estimated equity at 7% per annum. Calculations assume 15% down when purchased. Some appraisal amounts may be larger than estimated value. This is not a guarantee for any loan or appraisal value

This may be your last chance to **Delete Your Credit Card Debt**.

- No Cost to Inquire
- Cash for Any Reason
- Equity Loans up to 125%
- Home Improvement

- Instant Credit Approval
- Less Then Perfect Credit
- May be Tax Deductible*
- Consolidate 1st and 2nd

**NOTICE EXPIRATION DATE: December 15, 2006**

<u>Customer Approval Number</u>
**Sima Shwartz ID    → A81E512855**

**Call a loan specialist today and have your personal ID ready!**

# 1-888-641-7380

**Monday – Friday: 8am to 6pm**

**After Hours, Live Operator**
**1-800-462-3118**
**24 hours a day, 7 days a week**

Columbia Trust is a charter trust company license number TR07002 in the state of NV and is exempt for licensing in most other states. If you received this letter in error please contact us at the number above and we will remove you from our mailing list.

**John J. Page**
- REALTOR®



 **Prudential**

9/14/06

**Parent Associates, REALTORS®**
195 Park Ave., Worcester, MA 01609
Bus 508 363-0700 ext 237  Fax 508 363-0750
Home 508 885-7248  Page_90@msn.com
www.prudentialparentrealtors.com

⌂ An independently owned and operated member of Prudential Real Estate Affiliates, Inc.

**Total Sold Market Statistics**

Report Run: 9/14/2006 12:52:30 PM
Property Type(s): MF
Status: SLD
Start Date: 9/14/2005
End Date: 9/14/2006
Towns: Worcester, MA; Worcester:Airport Hill, MA; Worcester:Assumption College, MA; Worcester:Beaver Brook, MA; Worcester:Belmont Hill, MA; Worcester:Burncoat, MA; Worcester:Chandler Hill, MA; Worcester:Cherry Valley, MA; Worcester:College Hill, MA; Worcester:Columbus Park, MA; Worcester:Downtown, MA; Worcester:East Worcester, MA; Worcester:Great Brook Valley, MA; Worcester:Greendale, MA; Worcester:Indian Lake, MA; Worcester:Lincoln Square, MA; Worcester:North Worcester, MA; Worcester:Quinsigamond Valley, MA; Worcester:Rice Square, MA; Worcester:South Worcester, MA; Worcester:Summit, MA; Worcester:Sunderland, MA; Worcester:Tatnuck, MA; Worcester:Union Hill, MA; Worcester:Webster Square, MA; Worcester:West Side, MA; Worcester:Westwood Hills, MA
Advanced Criteria: ▪ Type of Multi-Family = B

| Price Range | # of Listings | Avg. Days on Market | Average Sale Price | Average List Price | SP:LP Ratio | Average Orig Price | SP:OP Ratio |
|---|---|---|---|---|---|---|---|
| Under $50,000 | - | - | - | - | - | - | - |
| $50,000 - $99,999 | 1 | 31 | $90,000 | $99,000 | 91 | $90,000 | 100 |
| $100,000 - $149,999 | - | - | - | - | - | - | - |
| $150,000 - $199,999 | 5 | 84 | $171,790 | $165,240 | 104 | $163,260 | 105 |
| $200,000 - $249,999 | 21 | 81 | $227,124 | $241,829 | 94 | $248,481 | 91 |
| $250,000 - $299,999 | 79 | 121 | $280,739 | $289,218 | 97 | $302,759 | 93 |
| $300,000 - $349,999 | 77 | 81 | $322,159 | $331,935 | 97 | $337,822 | 95 |
| $350,000 - $399,999 | 42 | 60 | $367,828 | $376,217 | 98 | $381,721 | 96 |
| $400,000 - $449,999 | 6 | 57 | $417,167 | $427,117 | 98 | $436,267 | 96 |
| $450,000 - $499,999 | 1 | 6 | $495,000 | $479,900 | 103 | $479,900 | 103 |
| $500,000 - $599,999 | - | - | - | - | - | - | - |
| $600,000 - $699,999 | - | - | - | - | - | - | - |
| $700,000 - $799,999 | - | - | - | - | - | - | - |
| $800,000 - $899,999 | - | - | - | - | - | - | - |
| $900,000 - $999,999 | - | - | - | - | - | - | - |
| $1,000,000 - $1,499,999 | - | - | - | - | - | - | - |
| $1,500,000 - $1,999,999 | - | - | - | - | - | - | - |
| $2,000,000 - $2,499,999 | - | - | - | - | - | - | - |
| $2,500,000 - $2,999,999 | - | - | - | - | - | - | - |
| $3,000,000 - $3,999,999 | - | - | - | - | - | - | - |
| $4,000,000 - $4,999,999 | - | - | - | - | - | - | - |
| $5,000,000 - $9,999,999 | - | - | - | - | - | - | - |
| Over $10,000,000 | - | - | - | - | - | - | - |
| **Total Properties** | **232** | **Avg. 89** | **$306,681** | **$315,752** | **97** | **$324,071** | **95** |

Lowest Price: **$90,000**                              Median Price: **$305,000**

Highest Price: **$495,000**                          Average Price: **$306,680**

Total Market Volume: **$71,149,981**

## Multi-Family Active Listings

| MLS # | Status | Address | Town | Rms | Br | Bth | Style | Garage | List Date | DOM | List Price |
|-------|--------|---------|------|-----|----|----|-------|--------|-----------|-----|------------|
| 70328657 | ACT | 157 Chandler St | Worcester, MA | 13 | 7 | 4/0 | 3 Family | 0 | 2/8/2006 | 269 | $295,000 |
| | | List Office: Olde Pro Realty Corporation (978) 579-0088    List Agent: Virginia Lavoie | | | | | | | | | |
| 70433284 | ACT | 46 Everard St | Worcester, MA | 16 | 7 | 3/0 | 3 Family | 0 | 8/1/2006 | 44 | $299,222 |
| | | List Office: ERA Key Realty Services - Worcester ☒ (508) 853-0964    List Agent: Luz Gonzalez ☒ | | | | | | | | | |
| 70434228 | ACT | 2 Farrar Avenue | Worcester, MA | 15 | 7 | 3/0 | 3 Family | 0 | 8/3/2006 | 42 | $299,900 |
| | | List Office: Coldwell Banker Residential Brokerage - Worcester - Shrewsbury St. ☒ (508) 756-1203    List Agent: Lucie M. Lemke ☒ | | | | | | | | | |
| 70447611 | ACT | 1554 Main Street | Worcester, MA | 14 | 7 | 3/0 | 3 Family | 0 | 8/28/2006 | 17 | $299,900 |
| | | List Office: Coldwell Banker Residential Brokerage - Worcester - Park Ave. ☒ (508) 795-7500    List Agent: Richard Cassavant ☒ | | | | | | | | | |
| 70440031 | ACT | 11 Abbott St | Worcester, MA : West Side | 16 | 7 | 3/0 | 3 Family | 0 | 8/11/2006 | 34 | $317,000 |
| | | List Office: J. Mason Real Estate (401) 787-5852    List Agent: John Mason | | | | | | | | | |
| 70432516 | ACT | 4 Shannon St. 289,900 - | Worcester, MA | 15 | 7 | 3/0 | 3 Family | 0 | 7/31/2006 | 45 | $329,876 |
| | | List Office: Prudential Parent Associates, REALTORS ® ☒ (508) 363-0700 Ext. 228    List Agent: Christine L. Reese | | | | | | | | | |
| 70341067 | ACT | 230 Pleasant St | Worcester, MA | 15 | 7 | 3/0 | 3 Family | 0 | 3/4/2006 | 195 | $329,900 |
| | | List Office: Century 21 Denault Realty ☒ (978) 537-2112    List Agent: Luis Torres ☒ | | | | | | | | | |
| 70386042 | ACT | 245 Fairmont Avenue | Worcester, MA | 20 | 7 | 3/0 | 3 Family | 0 | 5/11/2006 | 126 | $329,900 |
| | | List Office: Coldwell Banker Residential Brokerage - Worcester - Park Ave. ☒ (508) 795-7500 Ext. 706    List Agent: Brenda Flanagan ☒ | | | | | | | | | |
| 70410662 | ACT | 60 Vernon Street | Worcester, MA | 13 | 6 | 3/0 | 3 Family | 0 | 6/21/2006 | 85 | $339,900 |
| | | List Office: Keller Williams Realty Greater Worcester ☒ (508) 754-3020    List Agent: David Hill ☒ | | | | | | | | | |
| 70414874 | ACT | 37 Townsend Street | Worcester, MA | 16 | 7 | 3/0 | 3 Family | 0 | 6/28/2006 | 78 | $349,900 |
| | | List Office: Alberty Realty ☒ (508) 421-9637    List Agent: Rachel Alberty ☒ | | | | | | | | | |
| 70414368 | ACT | 35 Tatman St | Worcester, MA | 16 | 7 | 3/0 | 3 Family | 0 | 6/27/2006 | 79 | $355,000 |
| | | List Office: Top Notch Realty (888) 690-3137    List Agent: Julio C. Roque | | | | | | | | | |
| 70454082 | ACT | 2 Blodgett Pl | Worcester, MA : Belmont Hill | 17 | 7 | 3/0 | 3 Family | 0 | 9/8/2006 | 6 | $359,900 |
| | | List Office: Stonewall Realty Group, LLC ☒ (508) 719-0053    List Agent: Elizabeth Fuller | | | | | | | | | |
| 70367484 | ACT | 9 Windsor Street | Worcester, MA | 13 | 9 | 3/2 | 3 Family | 0 | 4/14/2006 | 162 | $369,000 |
| | | List Office: ERA Key Realty Services- Fram ☒ (508) 879-4474    List Agent: Marie-Antoinette Beaupre ☒ | | | | | | | | | |
| 70374895 | ACT | 6 Ellsmere | Worcester, MA | 15 | 7 | 3/0 | 3 Family | 1 | 4/26/2006 | 142 | $369,900 |
| | | List Office: Emerson REALTORS ® ☒ (508) 832-5324    List Agent: Christine Strause ☒ | | | | | | | | | |
| 70444411 | ACT | 21 Euclid Ave | Worcester, MA | 16 | 7 | 3/0 | 3 Family | 0 | 8/22/2006 | 125 | $379,900 |
| | | List Office: Coast to Coast Realty, Inc. ☒ (508) 587-7469    List Agent: Hector R. Perez | | | | | | | | | |
| 70384666 | PCG | 17 Somerset St | Worcester, MA | 16 | 5 | 3/0 | 3 Family | 2 | 5/10/2006 | 127 | $398,800 |
| | | List Office: Prudential Parent Associates, REALTORS ® ☒ (508) 363-0700    List Agent: Patricia Pavone ☒ | | | | | | | | | |

**Multi-Family Active Listings: 16     Average List Price: $338,937     Average Market Time: 98.50**

## Multi-Family Under Agreement Listings

| MLS # | Status | Address | Town | Rms | Br | Bth | Style | Garage | Off Market | DOM | List Price |
|-------|--------|---------|------|-----|----|----|-------|--------|------------|-----|------------|
| 70411789 | UAG | 5 Berkeley St | Worcester, MA | 15 | 7 | 3/0 | 3 Family | 0 | 7/6/2006 | 255 | $255,000 |
| | | List Office: Best Buy Realty ☒ (508) 450-9636    List Agent: Sheri Barrette | | | | | | | | | |
| 70434578 | UAG | 21 CLARENDON ST | Worcester, MA | 16 | 7 | 3/0 | 3 Family | 0 | 8/29/2006 | 26 | $329,000 |
| | | List Office: George Russell Realty, LLC ☒ (508) 799-9997 Ext. 54    List Agent: Kujtim Asllani ☒ | | | | | | | | | |

70303954   UAG   244 Shrewsbury Street   Worcester, MA   16   7   4/1   3 Family   0   8/24/2006   255   $597,000
**List Office:** Keller Williams Realty (508) 871-7141 Ext. 141   **List Agent:** Elizabeth Hanson

**Multi-Family Under Agreement Listings:** 3   **Average List Price:** $393,667   **Average Market Time:** 178.67

## Multi-Family Sold Listings

| MLS # | Status | Address | Town | Rms | Br | Bth | Style | Garage | Sale Date | DOM | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70422303 | SLD | 86 Woodland Street | Worcester, MA | 15 | 7 | 3/0 | 3 Family | 0 | 8/25/2006 | 29 | $220,000 |

**List Office:** Marty's Real Estate (413) 543-6766 Ext. 100   **List Agent:** Martin Dietter
**Sale Office:** Coldwell Banker Residential Brokerage - Worcester - Park Ave. (508) 795-7500   **Sale Agent:** Maria Navedo

| 70330383 | SLD | 59 Everard St | Worcester, MA | 18 | 7 | 3/0 | 3 Family | 0 | 4/26/2006 | 283 | $290,000 |

**List Office:** Century 21 Tangney Associates (508) 757-6100 Ext. 16   **List Agent:** Christopher Kelly
**Sale Office:** Better Homes Realty (508) 831-3675   **Sale Agent:** Duc V. Quach

| 70392974 | SLD | 52 Houghton Street | Worcester, MA | 16 | 7 | 3/0 | 3 Family | 0 | 7/31/2006 | 34 | $290,000 |

**List Office:** Sweeney Real Estate (508) 792-3900   **List Agent:** Robert Sweeney
**Sale Office:** Su Casa Real Estate (508) 798-9129   **Sale Agent:** Gina Llerena Donohue

| 70342908 | SLD | 17 Wachusett Street | Worcester, MA | 15 | 7 | 3/0 | 3 Family | 0 | 4/28/2006 | 12 | $300,000 |

**List Office:** ERA Key Realty Services- Fram (508) 879-4474   **List Agent:** Marie-Antoinette Beaupre
**Sale Office:** RE/MAX Executive Realty (508) 520-9696 Ext. 23   **Sale Agent:** Robert H. Brown

| 70327919 | SLD | 2 Lowell St | Worcester, MA | 17 | 7 | 3/0 | 3 Family | 1 | 4/10/2006 | 15 | $320,000 |

**List Office:** RE/MAX Prof Associates (508) 347-9595   **List Agent:** Pamela J. Crawford
**Sale Office:** RE/MAX Acclaim (508) 832-6888   **Sale Agent:** Klaudia Dang

| 70368972 | SLD | 17 EKMAN | Worcester, MA | 15 | 7 | 3/0 | 3 Family | 0 | 6/5/2006 | 21 | $365,000 |

**List Office:** RE/MAX Acclaim (508) 832-6888   **List Agent:** William Sarsfield
**Sale Office:** ERA Key Realty Services - Worcester (508) 853-0964   **Sale Agent:** Thomas V. Heath

| 70304809 | SLD | 85 June Street | Worcester, MA | 16 | 7 | 3/1 | 3 Family | 2 | 5/31/2006 | 135 | $420,000 |

**List Office:** Coldwell Banker Residential Brokerage - Worcester - Park Ave. (508) 795-7500 Ext. 657   **List Agent:** Wallace Soucy
**Sale Office:** Coldwell Banker Residential Brokerage - Worcester - Shrewsbury St. (508) 756-1203   **Sale Agent:** Craig A. Luchon

**Multi-Family Sold Listings:** 7   **Average List Price:** $321,887   **Average Sale Price:** $315,000   **Average Market Time:** 75.57

## Multi-Family Listings



**MLS #:** 70422303    **Status:** SLD    **DOM:** 29

86 Woodland Street, Worcester, MA 01610

**Type:** 3 Family **Units:** 3

**Remarks:** Bank owned Vinyl sided three family with 6 rooms, 3 bedrooms on 1st and 2nd floor and 3 rooms, 1 bedroom on 3rd floor. Some replacement windows. Being sold in "as is/where is" condition.

**Rooms:** 6 / 6 / 3 /

**Acres:** 0.17 (7632 sq.ft.)

**Sale Price:** $220,000   **Sale Date:** 8/25/2006

**Bedrooms:** 3 / 3 / 1 / **Baths:** 1 / 1 / 1 /

**Living Area:** 2746   **Year Built:** 1908

**Garage:** 0     **Parking:** 2

**Tax:** $2613.59    **Fy:** 2005

**List Price:** $220,000   **Off Mkt. Date:** 8/10/2006

**List Office:** Marty's Real Estate [R] (413) 543-6766 Ext. 100    **List Agent:** Martin Dietter

**Sale Office:** Coldwell Banker Residential Brokerage - Worcester - Park Ave. [R] (508) 795-7500    **Sale Agent:** Maria Navedo [R]

---



**MLS #:** 70411789    **Status:** UAG    **DOM:** 255

5 Berkeley St, Worcester, MA 01605

**Type:** 3 Family **Units:** 3

**Remarks:** Drastically reduced Bank Owned property!!!! Was $349, 9K now $255K!!!! Bank looking for a quick sale and a quick closing!!!! Bring all reasonable offers!!!! PROPERTY BEING SOLD "AS-IS; "WHERE-IS". PROPERTY HAS HAD SOME UPDATES: VINYL SIDING AND WINDOWS. Property is vacant!!!!CALL MA-PASS FOR A SHOWING!!!!

**Rooms:** 5 / 5 / 5 /

**Acres:** 0.08 (3512 sq.ft.)

**List Price:** $255,000   **Ant. Sale Date:** 9/30/2006

**Bedrooms:** 2 / 2 / 3 / **Baths:** 1 / 1 / 1 /

**Living Area:** 3004   **Year Built:** 1900

**Garage:** 0     **Parking:** 0

**Tax:** $3447    **Fy:** 2006

**Orig. Price:** $255,000   **Off Mkt. Date:** 7/6/2006

**List Office:** Best Buy Realty [R] (508) 450-9636    **List Agent:** Sheri Barrette

---



**MLS #:** 70330383    **Status:** SLD    **DOM:** 283

59 Everard St, Worcester, MA 01605

**Type:** 3 Family **Units:** 3

**Remarks:** Belmont Hill - nicely updated 3-Family. MOTIVATED SELLERS. Updates include: Approx. 2 yr old vinyl siding & vinyl replacement windows, kitchens, baths, some walls and ceilings, 100 amp electrical with owners meter. Off-street parking. Existing garage needs rehab. Near to I-290, public transportation and hospitals. 1st floor is Section-8 tena...

**Rooms:** 6 / 5 / 5 /

**Acres:** 0.17 (7500 sq.ft.)

**Sale Price:** $290,000   **Sale Date:** 4/26/2006

**Bedrooms:** 3 / 2 / 2 / **Baths:** 1 / 1 / 1 /

**Living Area:** 3228   **Year Built:** 1910

**Garage:** 0     **Parking:** 3

**Tax:** $3718    **Fy:** 2005

**List Price:** $290,000   **Off Mkt. Date:** 2/15/2006

**List Office:** Century 21 Tangney Associates [R] (508) 757-6100 Ext. 16    **List Agent:** Christopher Kelly [R]

**Sale Office:** Better Homes Realty [R] (508) 831-3675    **Sale Agent:** Duc V. Quach [R]

---



**MLS #:** 70328657    **Status:** ACT    **DOM:** 269

157 Chandler St, Worcester, MA 01609

**Type:** 3 Family **Units:** 3

**Remarks:** Attention Investors.. Well maintained 3- family vinyl sided recent roof & windows. Off St fenced parking for 10- cars. 1st floor features 2- baths - 3 bedrooms. 2nd floor has pantry w/ new cabinets, and office space. Hardwood floors thru-out. Commercial zoned on bus line. All offers considered.

**Rooms:** 5 / 6 / 3 /

**Acres:** 0.13 (5787 sq.ft.)

**List Price:** $295,000   **List Date:** 2/8/2006

**Bedrooms:** 3 / 3 / 1 / **Baths:** 2 / 1 / 1 /

**Living Area:** 2349   **Year Built:** 1850

**Garage:** 0     **Parking:** 10

**Tax:** $2835    **Fy:** 2005

**Orig. Price:** $325,000

**List Office:** Olde Pro Realty Corporation (978) 579-0088    **List Agent:** Virginia Lavoie



**MLS #:** 70392974   **Status:** SLD   **DOM:** 9   **Sale Price:** $290,000   **Sale Date:** 7/31/2006

52 Houghton Street, Worcester, MA 01604   **Rooms:** 6 / 5 / 5 /   **Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.16 (7318 sq.ft.)   **Living Area:** 4002   **Year Built:** 1890

**Remarks:** Nice 3 family with lots of extras, off street parking for 8 or more cars , vinyl tilt out windows, 100amp C.B , updated baths, Hardwood floors lot of natural wood 1st floor`s furnace 6 months old. 1st & 3rd to vacant at closing, 2nd floor $ 800 month rent.

**Garage:** 0   **Parking:** 8

**Tax:** $3190.88   **Fy:** 2005

**List Price:** $295,000   **Off Mkt. Date:** 6/26/2006

**List Office:** Sweeney Real Estate (508) 792-3900   **List Agent:** Robert Sweeney

**Sale Office:** Su Casa Real Estate (508) 798-9129   **Sale Agent:** Gina Llerena Donohue

---

**MLS #:** 70433284   **Status:** ACT   **DOM:** 44   **List Price:** $299,222   **List Date:** 8/1/2006

46 Everard St, Worcester, MA 01605   **Rooms:** 5 / 5 / 5 /   **Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.11 (5000 sq.ft.)   **Living Area:** 2999   **Year Built:** 1900

**Remarks:** Nicely maintained multi, 3 units fully rented, natural woodwork, ceramic bath, enclosed porches. many updates including windows, electric & more... finished basement with a two bedroom, 2 bath apartment. Great commuter location, rte 9, minutes to 290, close to UMASS. Perfect for first time home buyer looking to build equity. Also available i...

**Garage:** 0   **Parking:** 0

**Tax:** $2998   **Fy:** 2006

**Orig. Price:** $309,900

**List Office:** ERA Key Realty Services - Worcester (508) 853-0964   **List Agent:** Luz Gonzalez

---

**MLS #:** 70434228   **Status:** ACT   **DOM:** 42   **List Price:** $299,900   **List Date:** 8/3/2006

2 Farrar Avenue, Worcester, MA 01604   **Rooms:** 5 / 4 / 4 /   **Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.11 (5000 sq.ft.)   **Living Area:** 2621   **Year Built:** 1930

**Remarks:** Great location, Great highway access. Great opportunity for investment.

**Garage:** 0   **Parking:** 3

**Tax:** $3302.91   **Fy:** 2006

**Orig. Price:** $299,900

**List Office:** Coldwell Banker Residential Brokerage - Worcester - Shrewsbury St. (508) 756-1203   **List Agent:** Lucie M. Lemke

---

**MLS #:** 70447611   **Status:** ACT   **DOM:** 17   **List Price:** $299,900   **List Date:** 8/28/2006

1554 Main Street, Worcester, MA 01603   **Rooms:** 5 / 5 / 4 /   **Bedrooms:** 2 / 3 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.48 (21219 sq.ft.)   **Living Area:** 2853   **Year Built:** 1870

**Remarks:** Unique three family on nearly half acre. Two townhouse style units and top floor garden unit. Offers many possiblities! Many updates, Delead Certificate for 1 unit.

**Garage:** 0   **Parking:** 4

**Tax:** $2769   **Fy:** 2006

**Orig. Price:** $299,900

**List Office:** Coldwell Banker Residential Brokerage - Worcester - Park Ave. (508) 795-7500   **List Agent:** Richard Cassavant



**MLS #:** 70440031     **Status:** ACT     **DOM:** 94     **List Price:** $317,000     **List Date:** 8/11/2006

11 Abbott St, Worcester, MA:West Side 01602     **Rooms:** 6 / 5 / 5 /     **Bedrooms:** 3 / 2 / 2 /     **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3     **Acres:** 0.1 (4750 sq.ft.)     **Living Area:** 3080     **Year Built:** 1900

**Remarks:** Newly Renovated 3 Family. New Kitchens, Baths, Heating, Electric, Windows and Siding. Separate Utilities. Plenty Of Offstreet Parking for eight cars. Refinished Hardwood Floors. Owners unit had oversized bath with laundry room and ceramic tiles. And So Much More.     **Garage:** 0     **Parking:** 8     **Tax:** $2628     **Fy:** 2006     **Orig. Price:** $319,000

**List Office:** J. Mason Real Estate (401) 787-5852     **List Agent:** John Mason

---



**MLS #:** 70342908     **Status:** SLD     **DOM:** 12     **Sale Price:** $300,000     **Sale Date:** 4/28/2006

17 Wachusett Street, Worcester, MA 01609     **Rooms:** 5 / 6 / 4 /     **Bedrooms:** 2 / 3 / 2 /     **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3     **Acres:** 0.16 (7265 sq.ft.)     **Living Area:** 3195     **Year Built:** 1880

**Remarks:** Well maintained property. Many updates include 6yrs small roof, 10 yrs lge roof, 2 furnaces 1st floor 3 yrs, 3rd floor 1 yr , 2 hot water heaters 1 yr and 3 yrs.new replacements windows 5 yrs, new wiring on 1st & 3 rd floor, 2 water heaters 1yr & 3 yrs.Landlord's meter. Separate Utilities . Beautiful front staircase. lst floor apt has ...     **Garage:** 0     **Parking:** 3     **Tax:** $3048.53     **Fy:** 2005     **List Price:** $318,900     **Off Mkt. Date:** 3/19/2006

**List Office:** ERA Key Realty Services- Fram (508) 879-4474     **List Agent:** Marie-Antoinette Beaupre

**Sale Office:** RE/MAX Executive Realty (508) 520-9696 Ext. 23     **Sale Agent:** Robert H. Brown

---



**MLS #:** 70327919     **Status:** SLD     **DOM:** 15     **Sale Price:** $320,000     **Sale Date:** 4/10/2006

2 Lowell St, Worcester, MA 01603     **Rooms:** 6 / 6 / 5 /     **Bedrooms:** 2 / 2 / 3 /     **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3     **Acres:** 0.18 (7922 sq.ft.)     **Living Area:** 3062     **Year Built:** 1895

**Remarks:** Large 3 family in clark university area. Perfect for the owner occupy or investor. 3 large units with the potential of 3 bedrooms in each unit. 2 units have decorative fireplaced dining rooms, with pocket doors. So much charm in this home. Large barn offers storage, or more rental potential. 1st floor occupied by family. Convenient location, clo...     **Garage:** 1     **Parking:** 6     **Tax:** $3172     **Fy:** 2005     **List Price:** $319,409     **Off Mkt. Date:** 2/19/2006

**List Office:** RE/MAX Prof Associates (508) 347-9595     **List Agent:** Pamela J. Crawford

**Sale Office:** RE/MAX Acclaim (508) 832-6888     **Sale Agent:** Klaudia Dang

---



**MLS #:** 70434578     **Status:** UAG     **DOM:** 26     **List Price:** $329,000     **Ant. Sale Date:** 9/27/2006

21 CLARENDON ST, Worcester, MA 01604     **Rooms:** 6 / 5 / 5 /     **Bedrooms:** 3 / 2 / 2 /     **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3     **Acres:** 0.28 (12500 sq.ft.)     **Living Area:** 3874     **Year Built:** 1890

**Remarks:** ATTENTION TO BUYERS, BROKERS AND INVESTITORS!Huge and well-kept home in nice location.It offers hardwood floors, first unit open floor plan w/cast iron fireplace, second and third unit with kitchen and baths replaced around four years ago, big paved driveway, great yard with above ground pool, stone patio, storage shed and fenced yard.VERY MOTIV...     **Garage:** 0     **Parking:** 8     **Tax:** $3436.98     **Fy:** 2006     **Orig. Price:** $329,000     **Off Mkt. Date:** 8/29/2006

**List Office:** George Russell Realty, LLC (508) 799-9997 Ext. 54     **List Agent:** Kujtim Asllani



**MLS #:** 70432516   **Status:** ACT   **DOM:** 5
4 Shannon St. 289,900 -, Worcester, MA 01604
**Type:** 3 Family **Units:** 3

**Rooms:** 5 / 5 / 6 /
**Acres:** 0.14 (6098 sq.ft.)

**List Price:** $329,876   **List Date:** 7/31/2006
**Bedrooms:** 2 / 2 / 3   **Baths:** 1 / 1 / 1 /
**Living Area:** 3416   **Year Built:** 1913
**Garage:** 0   **Parking:** 5
**Tax:** $3289.13   **Fy:** 2006
**Orig. Price:** $339,876

**Remarks:** Sellers will entertain offers of between $289, 900 and $339, 876. Deleaded 3 family, centrally located with nice secured rents. This 3 family has all the biggies done, deleaded, newer vinyl windows, roof recently done, updated electrical panels with owners meter. It awaits a new owners personal touches, whether you owner occupy this home or beco...

**List Office:** Prudential Parent Associates, REALTORS ®   **List Agent:** Christine L. Reese

---



**MLS #:** 70341067   **Status:** ACT   **DOM:** 195
230 Pleasant St, Worcester, MA 01609
**Type:** 3 Family **Units:** 3

**Rooms:** 6 / 6 / 3 /
**Acres:** 0.16 (6894 sq.ft.)

**List Price:** $329,900   **List Date:** 3/4/2006
**Bedrooms:** 3 / 3 / 1 /   **Baths:** 1 / 1 / 1 /
**Living Area:** 2543   **Year Built:** 1870
**Garage:** 0   **Parking:** 10
**Tax:** $2958   **Fy:** 2005
**Orig. Price:** $360,000

**Remarks:** Just reduced now it offers a 6.7% cap, motivated sellers.Great old Victorian with 2 3 bedroom units, second floor can have 4 bedrooms, close to town with off-street parking, excellent condition inside all units. Outside could use siding, MOTIVATED SELLERS, LOOKING AT ALL OFFERS.

**List Office:** Century 21 Denault Realty   (978) 537-2112   **List Agent:** Luis Torres

---



**MLS #:** 70386042   **Status:** ACT   **DOM:** 126
245 Fairmont Avenue, Worcester, MA 01604
**Type:** 3 Family **Units:** 3

**Rooms:** 6 / 5 / 5 /
**Acres:** 0.11 (4875 sq.ft.)

**List Price:** $329,900   **List Date:** 5/11/2006
**Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /
**Living Area:** 3600   **Year Built:** 1885
**Garage:** 0   **Parking:** 0
**Tax:** $2787.57   **Fy:** 2005
**Orig. Price:** $345,000

**Remarks:** SELLER SAYS MAKE AN OFFER! Solid and spacious three-family. 1st level has 6 rooms, 3 bedrooms. 2nd and 3rd units consists of 5 rooms 2 bedrooms. Hardwood flooring throughout! All new replacement windows, units in very nice condition and fully rented! Minutes to rte 290, rte 20 and Mass pike. Walking distance to bus route and shopping. Call for a...

**List Office:** Coldwell Banker Residential Brokerage - Worcester - Park Ave.   (508) 795-7500 Ext. 706   **List Agent:** Brenda Flanagan

---

**MLS #:** 70410662   **Status:** ACT   **DOM:** 85
60 Vernon Street, Worcester, MA 01610
**Type:** 3 Family **Units:** 3

**Rooms:** 5 / 5 / 3 /
**Acres:** 0.13 (5693 sq.ft.)

**List Price:** $339,900   **List Date:** 6/21/2006
**Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /
**Living Area:** 2935   **Year Built:** 1890
**Garage:** 0   **Parking:** 6
**Tax:** $2518.7   **Fy:** 2005
**Orig. Price:** $349,900

**Remarks:** ATTENTION BUSINESS OWNERS!! This building is business zoned and located on a corner lot on busy Vernon st. This is also a great house for owner occupied or investors. It will be in move in condition. The house has been renovated with new windows, baths, kitchens, roof, electric, pluming, doors, heating systems, porches, carpet, and ceramic tile ...

**List Office:** Keller Williams Realty Greater Worcester   (508) 754-3020   **List Agent:** David Hill



**MLS #:** 70414874   **Status:** ACT   **DOM:** 82   **List Price:** $349,900   **List Date:** 6/28/2006

37 Townsend Street, Worcester, MA 01609   **Rooms:** 6 / 5 / 5 /   **Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.12 (5501 sq.ft.)   **Living Area:** 3680   **Year Built:** 1880

**Remarks:** Wonderful 3 family w/off-street for 2 cars and plenty of parking. Near Park Ave, convenient to all major routes including rte 9. Large 1st floor unit with 3 large bedroom and loads of wonderful up-dates. Priced to sell!!! Living rooms and dining rooms in each unit. An outstanding 3 family in a great location and priced to sell .....call today. P...

**Garage:** 0   **Parking:** 2

**Tax:** $3245.27   **Fy:** 2006

**Orig. Price:** $359,900

**List Office:** Alberty Realty ⓡ (508) 421-9637   **List Agent:** Rachel Alberty ⓡ

---



**MLS #:** 70414368   **Status:** ACT   **DOM:** 79   **List Price:** $355,000   **List Date:** 6/27/2006

35 Tatman St, Worcester, MA 01607   **Rooms:** 6 / 5 / 5 /   **Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.14 (6050 sq.ft.)   **Living Area:** 3906   **Year Built:** 1920

**Remarks:** Absolutely beautiful 3 family. Property is in great shape in and out. Great tenants shows easy. 2nd floor will be vacant in August.

**Garage:** 0   **Parking:** 0

**Tax:** $3957   **Fy:** 2006

**Orig. Price:** $355,000

**List Office:** Top Notch Realty (888) 690-3137   **List Agent:** Julio C. Roque

---

**MLS #:** 70454082   **Status:** ACT   **DOM:** 6   **List Price:** $359,900   **List Date:** 9/8/2006

2 Blodgett Pl, Worcester, MA:Belmont Hill 01605   **Rooms:** 5 / 5 / 7 /   **Bedrooms:** 2 / 2 / 3 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.13 (5532 sq.ft.)   **Living Area:** 3735   **Year Built:** 1875

**Remarks:** Beautiful 3 family. New roof and tilt-in windows 2004, new vinyl siding 2003, recent remodeling. Large living and dining areas, lovely gardens, enclosed private 3 season porch, off street parking. Well maintained and family occupied for 60+ years. Excellent location and ready for renters!

**Garage:** 0   **Parking:** 2

**Tax:** $3216   **Fy:** 2006

**Orig. Price:** $359,900

**List Office:** Stonewall Realty Group, LLC ⓡ (508) 719-0053   **List Agent:** Elizabeth Fuller

---

**MLS #:** 70368972   **Status:** SLD   **DOM:** 21   **Sale Price:** $365,000   **Sale Date:** 6/5/2006

17 EKMAN, Worcester, MA 01607   **Rooms:** 5 / 5 / 5 /   **Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Living Area:** 3655   **Year Built:** 1914

**Remarks:** TOTALLY RENOVATED HOME. ALL 3 FLOORS 2-3 BDRMS EACH UNIT, CERAMICS, HARDWOODS, DELEADED CERTIFICATES. LAUNDRY HOOKUPS EACH FLOOR, OFF STREET PARKING, GOOD LEVEL LOT. EXCELLENT CONDITION INSIDE AND OUT. GOOD COMMUTING AREA, NEARLY EVERYTHING HAS BEEN REDONE AND REPLACED.

**Garage:** 0   **Parking:** 6

**Tax:** $2591   **Fy:** 2005

**List Price:** $364,900   **Off Mkt. Date:** 5/8/2006

**List Office:** RE/MAX Acclaim ⓡ (508) 832-6888   **List Agent:** William Sarsfield ⓡ

**Sale Office:** ERA Key Realty Services - Worcester ⓡ (508) 853-0964   **Sale Agent:** Thomas V. Heath ⓡ



**MLS #:** 70367484   **Status:** ACT   **DOM:** 62   **List Price:** $369,000   **List Date:** 4/14/2006

9 Windsor Street, Worcester, MA 01605   **Rooms:** 5 / 5 / 3 /   **Bedrooms:** 3 / 3 / 1 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.18 (8000 sq.ft.)   **Living Area:** 2899   **Year Built:** 1920

**Remarks:** Near U Mass Memorial Hospital Route 9, off Lincoln st, near 290, shops... Lead paint certificates, Fenced yard, corner lot, near park.*******Large 3 family First and 2nd Floors have 3bedrooms & 1 1/2 bath each . 3 rd Floor 1 Br apt, nice kitchen & bathroom ******** Seller motivated ******Best Offers****** Second floor Apt , lease...   **Garage:** 0   **Parking:** 4

**Tax:** $3624.5   **Fy:** 2005

**Orig. Price:** $383,700

**List Office:** ERA Key Realty Services- Fram   **List Agent:** Marie-Antoinette Beaupre
(508) 879-4474

---



**MLS #:** 70374895   **Status:** ACT   **DOM:** 142   **List Price:** $369,900   **List Date:** 4/26/2006

6 Ellsmere, Worcester, MA 01604   **Rooms:** 3 / 6 / 6 /   **Bedrooms:** 1 / 3 / 3 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.17 (7473 sq.ft.)   **Living Area:** 2632   **Year Built:** 1923

**Remarks:** MOTIVATED SELLER! Extremely well-maintained 3-family on quiet dead end street off Shrewsbury Street. Owner has taken pride in maintaining this beautiful home. Great potential for condo conversion! Roof and siding in excellent shape. A must see!!!   **Garage:** 1   **Parking:** 3

**Tax:** $3973.37   **Fy:** 2006

**Orig. Price:** $385,000

**List Office:** Emerson REALTORS ®   **List Agent:** Christine Strause
(508) 832-5324

---

Photo Currently
Unavailable

MLS

**MLS #:** 70444411   **Status:** ACT   **DOM:** 125   **List Price:** $379,900   **List Date:** 8/22/2006

21 Euclid Ave, Worcester, MA 01610   **Rooms:** 6 / 5 / 5 /   **Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.1 (4292 sq.ft.)   **Living Area:** 3808   **Year Built:** 1910

**Remarks:** This is the cleanest three family on the market. Current owner has put a lot of work into house. All 3 apartments have new kitchen floors, hardwood floors in dining rooms and living room, 2nd and 3rd floor have new force hot air heating systems, all electric has been updated, all 3 have new refrigerators, 2nd & 3rd have new kitchen stoves, a...   **Garage:** 0   **Parking:** 3

**Tax:** $3685   **Fy:** 2006

**Orig. Price:** $379,900

**List Office:** Coast to Coast Realty, Inc.   **List Agent:** Hector R. Perez
(508) 587-7469

---

**MLS #:** 70384666   **Status:** PCG   **DOM:** 127   **List Price:** $398,800   **List Date:** 5/10/2006

17 Somerset St, Worcester, MA 01609   **Rooms:** 6 / 6 / 4 /   **Bedrooms:** 2 / 3 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.17 (7500 sq.ft.)   **Living Area:** 2898   **Year Built:** 1920

**Remarks:** This unit is for move in condition or investor......Walk to the park   **Garage:** 2   **Parking:** 4

**Tax:** $3560   **Fy:** 2005

**Orig. Price:** $439,000

**List Office:** Prudential Parent Associates,   **List Agent:** Patricia Pavone
REALTORS ®   (508) 363-0700

**MLS #:** 70304809   **Status:** SLD   **DOM:** 99   **Sale Price:** $420,000   **Sale Date:** 5/31/2006

85 June Street, Worcester, MA 01602   **Rooms:** 6 / 5 / 5 /   **Bedrooms:** 3 / 2 / 2 /   **Baths:** 1 / 1 / 1 /

**Type:** 3 Family **Units:** 3   **Acres:** 0.19 (8400 sq.ft.)   **Living Area:** 4166   **Year Built:** 1899

**Remarks:** One word to describe this westside three-family would be magnificent! From the updated kitchens and baths, formal living and dining rooms, the huge "Carriage House" with loft to the professional use applications, this multi family home is not to be missed!

**Garage:** 2   **Parking:** 3
**Tax:** $4287   **Fy:** 2005
**List Price:** $445,000   **Off Mkt. Date:** 4/28/2006

**List Office:** Coldwell Banker Residential Brokerage - Worcester - Park Ave. ☒ (508) 795-7500 Ext. 657   **List Agent:** Wallace Soucy ☒

**Sale Office:** Coldwell Banker Residential Brokerage - Worcester - Shrewsbury St. ☒ (508) 756-1203   **Sale Agent:** Craig A. Luchon ☒

---



**MLS #:** 70303954   **Status:** UAG   **DOM:** 255   **List Price:** $597,000   **Ant. Sale Date:** 9/28/2006

244 Shrewsbury Street, Worcester, MA 01604   **Rooms:** 6 / 5 / 5 /   **Living Area:** 3702   **Year Built:** 1890

**Type:** 3 Family **Units:** 3   **Acres:** 0.13 (5970 sq.ft.)   **Garage:** 0   **Parking:** 12

**Remarks:** Terrific Shrewsbury St location!!! Rents include 1st flr currently Kelly's Nail Salon-$40, 000 per yr & 2 apts-$19, 200 per yr, could be higher. Recent renovations incl electrical upgrades, roof, replacement windows, kit/bath renovations & more. Fantastic opportunity to run your business & let your rents pay the mortgage. Parking lot...

**Tax:** $5002.81   **Fy:** 2005

**Orig. Price:** $675,000   **Off Mkt. Date:** 8/24/2006

**List Office:** Keller Williams Realty ☒ (508) 871-7141 Ext. 141   **List Agent:** Elizabeth Hanson ☒

---

**Multi-Family Listings:** 26   **Average List Price:** $340,662   **Average Sale Price:** $315,000   **Average Market Time:** 101.58

Welcome to Worcester County Registry of Deeds

# Registry of Deeds

William Francis Galvin Secretary of the Commonwealth
Worcester Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

| Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q. |

← Back

**Town: WORCESTER**

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|---|---|---|---|---|---|
| 110147 | 06/18/2004 | MORTGAGE | 5 | 33912/142 | 42,000.00 |

| Street# | Street Name | Description |
|---|---|---|
| 23 | SIGEL ST | |

| Grantor | SHWARTZ SIMA |
|---|---|
| Grantee | HOMEAMERICAN CREDIT INC
UPLAND MORTGAGE |
| Marginal Reference Documents | 36248/154 2005 ASSIGNMENT
38794/75 2006 DISCHARGE |

*(handwritten: 2nd Mort.)*

*(handwritten: dated 6/18/04, not 2005)*

*(handwritten: 4/20/2005)*

🔍 Quick Document Viewer   Click here for Printing Instructions.
🔍 High Quality Viewer   (Requires TIFF Plug-In) Click here for Instructions.
➤ Download the Document Pages   (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

Prepared by and
After Recording return to:
Brown & Associates
10592-A Fuqua PMB 426
Houston, TX 77089



Bk: 38794 Pg: 75  Doc: DIS
Page: 1 of 2  04/20/2006 09:17 AM

## RELEASE OF MORTGAGE

State of Massachusetts

County of **WORCESTER**

2

75/N

### KNOW ALL MEN BY THESE PRESENTS:

*Power of Attorney filed 7/20/2005 Book 36869 Page. 395 Doc#2005-00118866*

**HOLDER: US BANK NATIONAL ASSOCIATION AS TRUSTEE BY AND THROUGH ITS ATTORNEY IN FACT, LITTON LOAN SERVICING LP,** ("Holder"), **A DELAWARE LIMITED PARTNERSHIP,** whose address is set out below, hereby certifies that Holder is the legal and equitable owner and holder of the liens (collectively, the "Liens") securing the promissory note (the "Note") dated 6/5/2004, executed by **SIMA SHWARTZ** ("Maker") payable to the order of **HOMEAMERICAN CREDIT INC DBA UPLAND MTG.** in the original principal amount of **$42000.**

**LIENS:** The liens include, but are not limited to the following:

Mortgage of even date with the Note, executed by Maker, filed for record in the Official Records of Real Property of **WORCESTER** County, Massachusetts under Book 33912, Page 142, Document No. 200400110147.
**CERTIFICATE OF TITLE # See Attached**
**PROPERTY:** The Liens cover or affect that tract of land in **WORCESTER** County, Massachusetts (the "Property), commonly known as 23 Sigel Street, , Worcester, MA 01610

**FULL RELEASE AND SATISFACTION:** Holder hereby releases the Property from all liens and security interests that secure the payment of the Note, including (but not limited to) the Liens described above, all indebtedness under the Note having been paid in full and acknowledges satisfaction of the same.

Future Tax Statements should be sent to: Sima Shwartz, 23 Sigel St # 2, Worcester, MA 016101824

23 Sigel Street, , Worcester, MA 01610

Welcome to Worcester County Registry of Deeds

# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth
Worcester - Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

**Registry Home**   **Select Another Registry**   **Registry of Deeds Search**   **Contact Us**   **Help**   **F.A.Q**

← Back

**Town: WORCESTER**

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|---|---|---|---|---|---|
| 80546 | 06/01/2006 | DISCHARGE | 2 | 39089/294 | 0.00 |

| Street# | | Street Name | | | Description |
|---|---|---|---|---|---|
| 23 | | SIGEL ST | | | UNIT 2 |

Grantor

Grantee          SHWARTZ SIMA

Marginal Reference Documents          33912/122 2004 MORTGAGE

🔍 Quick Document Viewer  Click here for Printing Instructions.
🔍 High Quality Viewer  **(Requires TIFF Plug-In)** Click here for Instructions.
⬇ Download the Document Pages  **(Requires TIFF Viewer)** Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for informational purposes only. To obtain an official copy of any free document or publication, please contact the Secretary of the Commonwealth of Massachusetts, District Registry of Deeds. If you are experiencing difficulties with this website

Welcome to Worcester County Registry of Deeds

# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth
Worcester - Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

| Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q |

← Back

**Town: WORCESTER**

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|--------|-----------|------------|--------|-----------|---------------|
| 110146 | 06/18/2004 | MORTGAGE | 20 | 33912/122 | 224,000.00 |

*st mort'g*

| Street# | Street Name | Description |
|---------|-------------|-------------|
| 23 | SIGEL ST | |

| | |
|--|--|
| Grantor | SHWARTZ SIMA |
| Grantee | HOMEAMERICAN CREDIT INC |
| | UPLAND MTG |
| Marginal Reference Documents | 36246/57  2005 ASSIGNMENT  5/3/2006  (Recorded 6/19/04) |
| | 39089/294 2006 DISCHARGE  6/1/2006 |

🔍 Quick Document Viewer  Click here for Printing Instructions.
🔍 High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
⬇ Download the Document Pages  (Requires TIFF Viewer) Click here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact