**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **RE:** | ) | |
| | ) | **CHAPTER 7** |
| **Sima Schwartz a/k/a** | ) | **CASE NO. 06-42476** |
| **Sima M. Shwartz** | ) | |
| **Debtor** | ) | |
| | ) | |

**RESPONSE OF HOMEQ**
**TO DEBTOR'S OBJECTION TO HOMEQ'S MOTION FOR RELIEF FROM STAY**

Now HomEq Servicing Agent for Deutsche Bank National Trust Company, as Trustee, assignee and successor in interest to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ("HomEq") and responds to the Debtor's Objection to HomEq's Motion for Relief from Stay by stating as follows:

1) The Debtor fails to state a legal basis for denying the Motion for Relief from Stay.

2) This Court does not have jurisdiction over the issues addressed.

3) The Foreclosure was completed and complied with State and Federal Law, the property is no longer part of the debtor's estate.

4) The Debtor served the Objection in hand on Doonan, Graves and Longoria, but failed to provide all the exhibits referenced in the Objection.

5) Although, this Court does not have jurisdiction over the aspects of the foreclosure, HomEq represents that the foreclosure was done correctly pursuant to Federal and State law.

6) On or about July 22, 2005, Sima Shwartz, executed and delivered a note in the amount of two hundred seventy two thousand & 00/100 ($272,000.00) dollars to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC.

7) The mortgage was then assigned to Deutsche Bank National Trust Company, as Trustee on June 7, 2006 and recorded with the Worcester County Registry of Deeds at Book 39131, Page 222. *See* Exhibit A (a true and correct copy of the recorded assignment is attached hereto.)

8) Number Two (2) of the Debtor's Objection is Denied. Deutsche Bank owned the mortgage pursuant to the above stated assignment of mortgage.

9) Neither Admit nor Deny number three (3) of Debtor's Objection. Debtor fails to state what document and in which Motion filed by HomEq.

10) Number four (4) is Denied. Reneau J. Longoria, Esq. made entry on the property and the entry was witnessed by John A. Doonan and Ronald J. Marcella. *See* Exhibit B (a true and correct copy of the Certificate of Entry is attached hereto.) The Mortgage Valuation was done in August 2006 and is out dated. Furthermore, HomEq purchased forced place insurance because the Debtor did not have insurance on the property. Finally, the Prudential Realtors Market Evaluation is out dated. There was a mortgage to Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Lending Corp. dated May 16, 2005; however that mortgage was also discharged on August 23, 2005.

11) Number five (5) is Denied. HomEq did not manipulate the foreclosure or the eviction. Both were performed pursuant to Federal and State Laws. The foreclosure deed provided in the Debtor's Objection is the same that was provided in HomEq's Motion for Relief from Stay. The only difference is that the Deed in HomEq's Motion was a recorded copy.

12) The Complaints to Foreclose that are in the Debtor's Objection are both the same, except one is a recorded copy.

13) There is no Equity. The Debtor's Schedules value the property at $340,000.00, with a liquidation value of $317,549.60, calculated as the fair market value less a reasonable

realtor's fee (6%); deed stamps ($1,550.40); and the anticipated costs incurred from a real estate closing ($500.00). *See* Exhibit C (a true and correct copy of the Debtor's Schedule D is attached hereto.)

14) The approximate total amount of liens on the property, according to Debtor's schedule D is $390,000.00; therefore there is no equity.

WHERFORE, HomEq requests that the Motion for Relief from Stay be granted and for all other relief as is just and equitable.

Counsel for HomEq,

Dated: December 27, 2006

/s/ Reneau J. Longoria
Reneau J. Longoria, Esq.
Doonan, Graves, and Longoria
100 Cummings Center
Suite 213C
Beverly, MA 01915
Tel. (978) 921-2670

Bk: 39131 Pg: 222 Doc: ASM
Page: 1 of 1 08/07/2006 04:01 PM

Record and Return to:
Doonan, Graves, & Longoria
Attn: Kerry A. Pass
100 Cummings Center, Suite 213C
Beverly, MA 01915

**ASSIGNMENT OF MORTGAGE**

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ( ASSIGNOR ), hereby sells, assigns, and transfers to Deutsche Bank National Trust Company as Trustee ( ASSIGNEE ), whose mailing address is 4837 Watt Avenue, North Highlands, CA the Assignor s interest in a certain mortgage made by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated July 22, 2005 and recorded in the Worcester County (Worcester District) Registry of Deeds in Book 36911, Page 349, describing land therein as:

**23 Sigel Street, Worcester, MA**

Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC, Assignor

Dated: May 23 2006

By: **Liquenda Allotey**
Its: **Vice President**

CORPORATE ACKNOWLEDGMENT

State of MN )
County of Dakota ) ss.

On the 23 day of May in the year 2006 before me, the undersigned, personally appeared **Liquenda Allotey**, personally known to me or proved to me on the basis of satisfactory evidence, which were drivers licenses to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of Dakota, in the State of Minnesota.

Bette J. Peterson
Notary Public
My commission expires:

BETTE J. PETERSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2010

ATTEST: WORC. Anthony J. Vigliotti,

EXHIBIT
A

Bk: 39958 Pg: 221

False Statement

LOAN # 324278035

CASE NO. 320064

**CERTIFICATE OF ENTRY TO FORECLOSE**

WE HEREBY CERTIFY that on the 24th day of May in the year two thousand and six, we were present and saw said [illegible], Esq., duly authorized agent of Deutsche Bank National Trust Company, as Trustee pursuant to authority contained in a Power of Attorney recorded herewith and by every other power, Deutsche Bank National Trust Company, as Trustee present holder of a certain mortgage given by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, and recorded at the Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349, hereby make an open, peaceable and unopposed entry on the premises situated at **23 Sigel Street, Worcester**, described in said mortgage, for the purpose, by him/her declared, of foreclosing said mortgage for breach of conditions thereof and for the purpose of collecting rents and taking possession of said premises.

Witness Signature

John Doonan
Witness Name (please print)

Witness Signature

Ronald J. Marcella
Witness Name (please print)

BK-39958
PG-220

COMMONWEALTH OF MASSACHUSETTS

Worcester, SS

On this 24th day of May, 2006, before me, the undersigned Notary Public, personally appeared John Doonan and Ronald Marcella, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is his/her/their free act and deed before me,

, Notary Public

My Commission Expires 2/15/2013

ENRI AZIZAJ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
February 15, 2013

2006 00154208
Bk: 39958 Pg: 221 Doc: POSSN
Page: 1 of 1 10/13/2006 11:21 AM

p:\Massachusetts Foreclosures\Generated_Forms\Certificate of Entry_Foreclosure_Shwartz_2320.15

ATTEST: WORC. Anthony J. Vigliotti, Register

EXHIBIT
B

Official Form 6D (10/06)

In re Sima Schwartz, Debtor    Case No. 06-42476 (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 89154/212-6<br>Bank Tfahot<br>9 Heleni HaMalka St.<br>Jerusalem, Israel<br>94221 | | | 06/01/2006<br>mortgage<br>2bedroom Apt.<br>Ravvakia 1Bet/12<br>Tiberia, Israel<br>VALUE $ 22,000.00 | | X | | $16,000.00 | |
| ACCOUNT NO. 05274-26<br>Silverleaf Resorts<br>1221, River Bend Drive<br>#120<br>Dallas, TX 75221 | | | 03/15/2006<br>2 Bedroom Unit#26<br>Oak N'Spruce Resort<br>190 Meadow St.<br>South Lee, MA 01260<br>VALUE $ 8,000.00 | | X | | $21,000.00 | $13,000.00 |
| ACCOUNT NO. 05364-32<br>Silverleaf Resorts, Inc.<br>1221 River Bend Drive<br>#120<br>Dallas, TX 75221 | | | 03/15/2006<br>2bedroom Unit 32<br>Oak N'Spruce Resort<br>190 Meadow St.<br>South Lee, MA 01260<br>VALUE $ 8,000.00 | | X | | $21,500.00 | $13,500.00 |
| 1 continuation sheets attached | | | Subtotal ► (Total of this page) | | | | $58,500.00 | $26,500.00 |
| | | | Total ► (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

EXHIBIT
C

Official Form 6D (10/06) – Cont.
In re Sima Schwartz, Debtor
Case No. 06-42476 (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 324278035<br>HomeEq Servicing<br>1100 Corporate Center Drive NC 4741<br>Raleigh, NC 27607 | | | 12/01/2005<br>1st mortgage<br>3 family house<br>23 Sigel Street<br>Worcester, MA01610<br>VALUE $ 340,000.00 | | X | X | $300,000.00 | |
| ACCOUNT NO. 324278092<br>HomeEq Servicing Corporation<br>P.O. Box 70830<br>Charlotte, NC 28272 | | | 12/01/2005<br>2nd Mortgage<br>3 family house<br>23 Sigel Street<br>Worcester, MA01610<br>VALUE $ same | | X | X | $90,000.00 | $50,000.00 for both 1st and 2nd mortgages |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (s)► (Total(s) of this page) | | | | $ 390,000.00 | $ 50,000.00 |
| | | | Total(s) ► (Use only on last page) | | | | $448,500.00 | $ 76,500.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |