UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

RE:  
Sima Schwartz a/k/a  
Sima M. Shwartz     Debtor  
23 Sigel Street, 2nd Floor  
Worcester, MA 01610  

CHAPTER 7  
CASE NO. 06-42476

January 18, 2007

## OBJECTIONS TO THE 2ND MOTION OF HOMEEQ FOR RELIEF FROM STAY

To: The Honorable Joel B. Rosenthal, U.S. Bankruptcy Judge,

I am a Debtor, Sima Schwartz, Pro Se, 60 years old unmarried women, objecting the 2nd Motion of HomeEq for Relief from Stay, filed by Law Firm Doonan, Graves & Longoria, LLC.

1. Hearing of the previous Motion filed by Creditor HomeEq Servicing Corporation is being held on 01/04/2007, and DENIED – NO EVIDENCE THAT MOVING PARTY IS PROPER MOVING PARTY.
2. Same Law firm has filed same Motion with same content, stating that it is still Motion of HomeEq for relief from stay on January 8, 2007. The difference is only, that proposed Order has to be issued granting Deutsche Bank relief from Stay.
3. Please consider all my Objections to the 1st Motion with a documents attached there, and a 01/04/2006 Hearing itself, in a current Motion.
4. I'd like to point your attention to my testimony about a fraudulent **Certificate of Entry to Foreclosure**, has filed by same Law Firm in Worcester Registry of Deed on 10/13/2006, stating that Deutsche Bank made an open, peaceable and unopposed entry on my premises on May 23, 2006. I testified under an Oath, that a Foreclosure of my house was conducted outside of my premises, and only 2 people were there at that time. Attorney Reneau J. Longoria was present on both events, at the Foreclosure and at the Hearing of HomeEq's Motion in a Court room. She did not object my testimony!!!
5. Please ask an attorney Reneau J. Longoria to present to a court 3 Certified Mail Receipts from 12/11/2006, 12/28/2006 and 01/08/2007 about mailing to my home address Notice of Hearing of the previous Motion for Relief from Stay, Response of HomeEq to Debtor's Objection on said Motion, and a current Motion for Relief from Stay. I did not get any of the documents. I have to go to a Court every other day to figure out about my case! It is wrong to make a person, who does not have an attorney with knowledge in a law and procedures of a bankruptcy, more difficult to defend her!

Dear Honorable Court,  
Please grant me to stay in my house for the duration of a Foreclosure.  
Please use all the documents of the previous Motion's documents.

_____  
Sima Schwartz, Pro Se

-1-

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

RE:
Sima Schwartz a/k/a
Sima M. Shwartz        Debtor
23 Sigel Street, 2nd Floor
Worcester, MA 01610

CHAPTER 7
CASE NO. 06-42476

## CERTIFICATE OF SERVICE

I, Sima Schwartz, hereby certify that a true and correct copies of the Objections to the 2nd Motion of HomeEq for Relief from Stay have been served by placing same in the United States Mail via Certified Mail Return Receipt, on this the 19th day of January, 2007, to all of the individuals on the following service list.

Sima Schwartz, Pro Se

### CERVICE LIST

I use matrix list from a Court

-1-