FORM 104 (10/06)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Sima Schwartz, Pro Se | Deutsche Bank and Law Firm<br>Doonan, Graves & Longoria, Inc |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known)  978·921·2670 |
|---|---|
| Sima Schwartz  508·799·0766<br>23 Sigel St, 2nd floor, Worcester, MA 01610 | Doonan, Graves & Longoria, Inc<br>100 Cummings Center #213C Beverly, MA 01915 |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint by debtor in possession to avoid a transfer of property at foreclosure. 11 U.S.C. §§ 542, 544, 548

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause of action as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) -- Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
    actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other
    than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if
    unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ xxxx |

Other Relief Sought  Invalidation of foreclosure of mortgage and a foreclosure sale of a property, located at 23 Sigel Street, Worcester, Massachusetts

FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR *Sima Schwartz* | | BANKRUPTCY CASE NO. *06-42476* |
| DISTRICT IN WHICH CASE IS PENDING *Massachusetts* | DIVISIONAL OFFICE *Worcester* | NAME OF JUDGE *Joel B. Rosenthal* |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) *Cullbaprs* | | |
| DATE *January 22, 2007* | PRINT NAME OF ATTORNEY (OR PLAINTIFF) *Sima Schwartz, Pro Se* | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RE:      Sima Schwartz ) | |
| _____ ) | |
| Debtor ) | Case No. 06-42476 |
| ) | Chapter 7 |
| Sima Schwartz ) | |
| _____ ) | |
| Plaintiff ) | |
| ) | |
| v.   Deutsche Bank National Trust, ) | |
| Law Firm Doonan, Graves & Longoria, LLC ) | Adv. Proc. No. _____ |
| _____ ) | |
| Defendant | |

## ADVERSARY PROCEEDING

I, Sima Schwartz, a debtor in a Bankruptcy Case in this Court, residing in a property, located at 23 Sigel Street, in Worcester, Massachusetts, exercising "avoiding" powers right to undo a transfer of my property, has made by Deutsche Bank National Trust, by its attorneys Law Firm Doonan, Graves, & Longoria, LLC, pursuant to 11 U.S.C. # 101(31), 101(54) 542, 544, 545, 547, 548, 549, and a Bankruptcy Rule 7001,

In further support of this statement, I respectfully allege as follows:

1. I occupy my property, which I have purchased on June 30, 2002, with a financing from Fleet Bank. On July 22, 2005 said property has been refinanced last time by Mortgage of First NLC Financial Services, LLC, and recorded in Worcester Registry of Deed.
2. The 2 Mortgages, covering the property were then assigned to creditor Ocwen Federal Bank FSB as Senior Lien and Junior Lien. But Ocwen Bank did not file a transaction in Worcester Registry of Deed.
3. On November 01, 2005 both accounts No…8035 and No…8092 were placed with HomeEqServicing Corporation (debt collector). A true and correct copies of two HomeEq's Validation of Debt Letters are attached hereto.
4. On March 6, 2006 I get Notice of Default Letter from HomeEq's Loss Mitigation Department as a result of the account's delinquent status. **It was last action of HomeEq in a foreclosure of my house.** A true and correct copy of which is attached hereto.
5. First letter from Law Firm Doonan, Graves, & Longoria, LLC, representing Deutsche Bank National Trust Company as Plaintiff and holder of a mortgage with the statutory power of sale, was about **Complaint to Foreclosure Mortgage,** filed with Worcester Registry of Deed on March 08, 2006!!! Recorded October 13, 2006!!! About Judgment under the provisions of the Service members Civil Relief Act on May 23, 2006!!! A true and correct copy of which is attached hereto.

6. The documents, true and correct copies of which are in an attachments follow, show the foreclosure process made by said Law Firm, representing Deutsche Bank: Complaint 03/28/2006 recorded 04/18/2006;

7. Actual Assignments of my first and second Mortgages to Deutsche Bank happened on May 23, 2006 and June 14, 2006 respectfully, and recorded in Worcester Registry of Deed, but **Order and NOTICE OF INTENT TO FORECLOSURE MORTGAGE…on May 24, 2006. (**Via sheriff and certified mail), from **April, 2006** stating that Deutsche Bank holds it by assignment, and I am **"liable to the aforesaid Lender".** True and correct copies are attached hereto.

8. Foreclosure sale was at less than market value, for $225,000.00. HomeEq has evaluated my house at $364,000.00 for a hazard insurance purpose on 08/03/2006. Prudential Realtors report shows a range of $495,000 to $306,680.00 average price for a 1 year period for similar properties. True and correct copies are attached hereto.

9. Foreclosure was on May 24, 2006 outside of my house, located on 23 Sigel Street in Worcester, Massachusetts, maid by two people. No other people were present around for a bid or any other reason. On January 4th 2007 at the hearing of the 1st Motion of HomeEq for Relief from Stay, I made a testimony about this fact, but an attorney Reneau J. Longoria, who was present at both, foreclosure and a said hearing, did not object my testimony. The **CERTIFICATE OF ENTRY TO FORECLOSURE,** recorded on October 13, 2006, is a false document!!! True and correct copy of which is attached hereto.

10. According to Massachusetts Procedures to conduct a foreclosure, all documents have to be recorded in Registry of Deed timely. Law Firm Doonan, Graves, & Longoria did it with several months delay. Foreclosure 05/24/2006 has been recorded on 10/13/2006, more than three months later.

11. Affidavit, recorded at Worcester Registry of Deed on October 13, 2006, exceed the limit 30 day for recording a foreclosure, and show Jeff Szymendera, Vice President, as a person, who published Notices of coming foreclosure.
Earlier in an eviction in Housing Court, the documents show same Affidavit about different Vice President, John A. Dunnery, did it!!!  True and correct copies of a documents are in an attachments.


Dear Honorable Court,
Please invalidate a foreclosure transfer of my property at less than market value by not authorized lender, as a fraudulent conveyance, and rule to return a said property, located at 23 Sigel Street in Worcester, Massachusetts, to me.

**DATED: January 22, 2007**

**Sima Schwartz, Pro Se**
**23 Sigel Street, Apt. 2**
**Worcester, MA 01610**
**Tel/Fax 508-799-0766**

PROCEDURAL FORMS                                    Form B 250A

Form No. B 250A
## SUMMONS IN AN ADVERSARY PROCEEDING

B 250A
(8/96)

### United States Bankruptcy Court
_Worcester_ District of _Massachusetts_

In re _Sima Schwartz_ ,            )
Debtor                             )     Case No. _06-42476_
                                   )     Chapter _7_
_Sima Schwartz_ ,                  )
Plaintiff                          )
_Deutsche Bank National Trust_     )
v.                                 )
_Law Firm Doonan, Graves & Longoria, LLC_ ,  )     Adv. Proc. No. _____
Defendant                          )

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
|  |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney _Sima Schwartz_ |
|---|
| _23 Sigel Street, Apt. 2, Worcester, MA 01610_ |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
_Clerk of the Bankruptcy Court_

_January 22, 2007_
Date

By: _____
Deputy Clerk

### CERTIFICATE OF SERVICE

I _____ certify that I am, and at all times

**Form B 250A**                    PROCEDURAL FORMS

during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made *Janu 24, 2007* by: *Sam Bass Warner*
           (date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
                   (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

*January 24, 2007*                        *Sam Bass Warner*
_____          _____
Date                                      Signature

| Print Name  *SAM BASS WARNER* |
| Business Address  *32 EMERSON RD.* |
| City  *NEEDHAM*    State  *MA*    Zip  *02492* |

(Added Sept. 1988.)

**HOMEQ SERVICING**

## VALIDATION OF DEBT LETTER

|||‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
SIMA SHWARTZ

23 SIGEL STREET
WORCESTER, MA  01610

November 7, 2005

Re:  Loan Number **0324278035**

Dear SIMA SHWARTZ:

This letter is to inform you that your account with OCWEN FEDERAL BANK, FSB, has been placed with HomEq Servicing Corporation (HomEq) for servicing.  HomEq is responsible for providing monthly remittance processing as well as the collection of any amount in default.

Your financing agreement provides:
- Your full monthly payment is due each month on the due date.
- You are in default if you fail to make each payment in full as it becomes due.
- You may incur extra expenses if you fail to make timely payments.

With respect to your account with OCWEN FEDERAL BANK, FSB, we are providing the following information:
- Name of creditor: OCWEN FEDERAL BANK, FSB.
- Time and place of the creation of the debt: 07/22/2005, WORCESTER, MA.
- The merchandise, services or other things of value underlying the debt: Senior Lien
- The date when the account was placed with HomEq: **11/01/2005**
- The amount owing on the original obligation at the time it was received by HomEq: $271,602.25..
- The interest or service charge, or late payment charges, if any, added to the original obligation by HomEq:  Interest Due:$00.00, Late Charges: **$00.00**
- Recoverable Corporate Advances, if any, that HomEq is attempting to collect.: $0.00.  *Note: Contact HomEq Servicing Corporation for a detailed breakdown of recoverable corporate advance fees.*
- Any other charge or fee HomEq is attempting to collect: $    .00.

**HomEq Servicing Corporation is a debt collector.  HomEq is attempting to collect a debt and any information obtained will be used for that purpose**

## SEE NEXT PAGE FOR IMPORTANT DISCLOSURES

HOMEQ SERVICING

## VALIDATION OF DEBT LETTER

ΙΙΙ...ΙΙιΙΙΙ..ιΙΙΙ..ΙΙ..ΙΙ..ΙΙ..ΙΙ..ΙΙ..ΙΙ..ΙΙ
**SIMA SHWARTZ**

**23 SIGEL STREET**
**WORCESTER, MA 01610**

November 7, 2005

Re: Loan Number **0324278092**

Dear SIMA SHWARTZ:

This letter is to inform you that your account with OCWEN FEDERAL BANK, FSB, has been placed with HomEq Servicing Corporation (HomEq) for servicing. HomEq is responsible for providing monthly remittance processing as well as the collection of any amount in default.

Your financing agreement provides:
♦    Your full monthly payment is due each month on the due date.
♦    You are in default if you fail to make each payment in full as it becomes due.
♦    You may incur extra expenses if you fail to make timely payments.

With respect to your account with OCWEN FEDERAL BANK, FSB, we are providing the following information:
♦    Name of creditor: OCWEN FEDERAL BANK, FSB.
♦    Time and place of the creation of the debt: 07/22/2005, WORCESTER, MA.
♦    The merchandise, services or other things of value underlying the debt: Junior Lien
♦    The date when the account was placed with HomEq: **11/01/2005**
♦    The amount owing on the original obligation at the time it was received by HomEq: $ 67,966.46..
♦    The interest or service charge, or late payment charges, if any, added to the original obligation by HomEq:  Interest Due:$00.00, Late Charges: $00.00
♦    Recoverable Corporate Advances, if any, that HomEq is attempting to collect.: $0.00.   *Note: Contact HomEq Servicing Corporation for a detailed breakdown of recoverable corporate advance fees.*
♦    Any other charge or fee HomEq is attempting to collect: $    .00.

**HomEq Servicing Corporation is a debt collector.  HomEq is attempting to collect a debt and any information obtained will be used for that purpose**

### SEE NEXT PAGE FOR IMPORTANT DISCLOSURES

 WACHOVIA

# HomEq Servicing

P.O. BOX 13716
SACRAMENTO, CA 95853-3716

*4/19/06 due 11,594.21 apr. stat.*
*fored. 866 822 -1471*

 **WACHOVIA**

# ACCOUNT STATEMENT

**Statement Date:** 01/26/06
**Account Number:** 324278035

## QUESTIONS ABOUT YOUR ACCOUNT

Visit us on the web at www. homeq.com, or call Customer Service at
1-877-867-7378 Monday through Friday, 5:30 A.M. - 5:30 P.M., Pacific
Time. Please have your account number available.
*For your convenience, our automated attendant is
available 24 hours a day, seven days a week.*

12/28/05  15 13   0000738 20060127 5AD18101 HMQ-M1   1 OZ DOM 8AD16100000* 145144   MS

SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610-1824

**Property Address:**     23 SIGEL ST
WORCESTER MA 01610

**Payment Due Date: 12/01/05**          Total Amount Now Due: **$5,838.26**

| | | |
|---|---|---|
| Principal and Interest Due | $1,918.65 | |
| Amount Past Due | $3,837.30 | |
| **Late Charge Balance** | **$57.56** | |
| Returned Check Fees | $15.00 | |
| Other Fees | $3.00 | |
| Advances | $6.75 | |
| **Total Amount Now Due*** | **$5,838.26** | |

*Total may not include other fees or advances

## ACCOUNT INFORMATION

**Current Principal Balance**          **$271,401.48**
*The Current Principal Balance does not represent the
payoff amount of your account and is not to be used for
payoff purposes.*

## INTEREST & TAX INFORMATION

| | |
|---|---|
| Interest Paid Year-To-Date | $.00 |
| Taxes Paid Year-To-Date | $.00 |
| Interest Paid in 2005 | $1,717.88 |
| Taxes Paid in 2005 | $.00 |

In order to assist you with tax planning, we are providing
information on your Account interest and taxes paid in
the prior year.

**PLEASE NOTE:**
If the total scheduled payment is not received by the Late Charge
Date, the Late Charge Amount may be assessed to your account.

| | |
|---|---|
| **Late Charge Date** | **12/16/05** |
| **Late Charge Amount** | **$57.56** |

## ACCOUNT STATUS

Your account is currently past due and is
subject to reporting to the credit-reporting
agencies as a delinquent account. To protect
your credit rating, please contact our office
immediately by calling 1-877-867-7378. If you
have already sent your payment, please accept
our thanks. If no, please refer to the back of this
billing statement for payment options.

## PROTECT YOUR CREDIT

You are hereby notified that we may report
information about your account to credit reporting
agencies. Late payments, missed payments, or
other defaults on your account may be reflected
on your credit report. To dispute information
reported to a credit reporting agency, please
send a written dispute and any related
documentation to the credit reporting agency.

### *PAYMENT ACTIVITY SINCE LAST STATEMENT

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Late Charge(s)/Fees/Advances | $.00 |
| Total | $.00 |

A27711

## IMPORTANT MESSAGES

### *Payment Activity Since Last Statement

A payment has not been applied to your account since your last Account Statement was mailed. As a result, activity is
not reflected in the Payment Activity Since Last Statement section. For payment updates, our automated attendant is
available 24 hours a day, seven days a week at 877-867-7378. Or, visit us on the web at www.homeq.com and follow
the instructions provided to access your Account History.



**HOMEQ SERVICING**

P.O. BOX 13716
SACRAMENTO, CA 95853-3716



**WACHOVIA**

# ACCOUNT STATEMENT

**Statement Date:** 04/26/06
**Account Number:** 324278092

04/17/06  10:20  0000679 20060426 6DD40101 HMQ-M1   1:02:DOM:6DD4010000* 145144   MS

SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610-1824

### QUESTIONS ABOUT YOUR ACCOUNT

Visit us on the web at www. homeq.com, or call Customer Service at 1-877-867-7378 Monday through Friday, 5:30 A.M. - 5:30 P.M., Pacific Time.  Please have your account number available.
*For your convenience, our automated attendant is available 24 hours a day, seven days a week.*

Property Address:     23 SIGEL ST
                      WORCESTER MA 01610

| | Payment Due Date: **12/01/05** | Total Amount Now Due: | **$4,518.51** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Principal and Interest Due | $735.78 | **ACCOUNT** | **Current Principal Balance** $67,949.43 |
| Amount Past Due | $3,678.90 | **INFORMATION** | *The Current Principal Balance does not represent the* |
| **Late Charge Balance** | **$88.28** | | *payoff amount of your account and is not to be used for* |
| Returned Check Fees | $0.00 | | *payoff purposes.* |
| Other Fees | $0.00 | **INTEREST & TAX** | Interest Paid Year-To-Date           $.00 |
| Advances | $15.55 | **INFORMATION** | Taxes Paid Year-To-Date             $.00 |
| **Total Amount Now Due*** | **$4,518.51** | | **Interest Paid in 2005**           **$718.75** |
| *Total may not include other fees or advances | | | **Taxes Paid in 2005**              **$.00** |

In order to assist you with tax planning, we are providing information on your Account interest and taxes paid in the prior year.

**PLEASE NOTE:**
If the total scheduled payment is not received by the Late Charge Date, the Late Charge Amount may be assessed to your account.

| | |
|---|---|
| **Late Charge Date** | **12/16/05** |
| **Late Charge Amount** | **$22.07** |

**ACCOUNT STATUS**

Your account is now in default.  We may have a solution for you.  Please contact us immediately by calling 1-877-867-7378.  If you have already brought your account current, please accept our thanks.

**PROTECT YOUR CREDIT**

You are hereby notified that we may report information about your account to credit reporting agencies.  Late payments, missed payments, or other defaults on your account may be reflected on your credit report.  To dispute information reported to a credit reporting agency, please send a written dispute and any related documentation to the credit reporting agency.

### *PAYMENT ACTIVITY
SINCE LAST STATEMENT

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Late Charge(s)/Fees/Advances | $.00 |
| Total | $.00 |

A27111

**IMPORTANT MESSAGES**

### New Expanded Payment Options!

We have updated our payment options to include an electronic check-by-phone feature. This service is available every day, around the clock, except during scheduled maintenance every Sunday from 7:30 P.M. to midnight, Pacific Time. This service will be provided free of additional charge through 05/17/2006. Please review the back of this statement for more information regarding all of your payment options and any applicable fees.

### *Payment Activity Since Last Statement

A payment has not been applied to your account since your last Account Statement was mailed.  As a result, activity is not reflected in the Payment Activity Since Last Statement section.  For payment updates, our automated attendant is available 24 hours a day, seven days a week at 877-867-7378.  Or, visit us on the web at www.homeq.com and follow

**HOMEQ SERVICING**

1100 Corporate Center Drive NC4741
Raleigh, NC 27607

|||ıııııll.ıll.ıııılllıııll.ıııll.ııllıııll.ıılllılılıılıılll
**SIMA  SHWARTZ**

**23 SIGEL STREET**
**WORCESTER, MA   01610**

*Notice of Default?*

**March 6, 2006**

RE:  Loan Number **0324278035**

Dear SIMA SHWARTZ:

The purpose of this letter is to advise you that the above-referenced account has been referred to HomEq Servicing Corporation's (HomEq) Foreclosure Department as a result of the account's delinquent status and is now under review for foreclosure.

Qualifying borrowers may be eligible for workout options that would suspend any pending foreclosure action and help bring delinquent accounts to a current status.  Please contact the HomEq Loss Mitigation Department immediately by calling the number noted below to discuss the options that may be available to you.

Sincerely,

HomEq's Loss Mitigation Department
(866) 822-1471 option 3
M-F, 9:00 a.m. - 5:30 p.m., EST

LM117

HomEq Servicing Corporation is a debt collector.  HomEq is attempting to collect
a debt and any information obtained will be used for that purpose.
SEE NEXT PAGE FOR IMPORTANT DISCLOSURES



Bk: 39958 Pg: 219

Bk: 39958 Pg: 219   Doc: COM
Page: 1 of 1   10/13/2006 11:21 AM

May 23, 2006
(LET JUDGMENT ISSUE:

Karyn F. Scheier
Chief Justice

**COMMONWEALTH OF MASSACHUSETTS**
**LAND COURT**
**DEPARTMENT OF THE TRIAL**

06 MISC 320064

Only

Worcester            ss.                    Case No.

## COMPLAINT TO FORECLOSE MORTGAGE

| PLAINTIFF: | City or Town | |
| Name | of Residence | |
| **Deutsche Bank National Trust Company, as Trustee** | | |
| | North Highlands, CA | |
| DEFENDANT | City or Town | Interest |
| Name | of Residence | |
| **Sima Shwartz** | **Worcester, MA** | Owner |

1. Your plaintiff is the ~~owner (or~~ assignee) and holder of a mortgage with the statutory power of sale given by

**Sima Shwartz**

to

**Mortgage Electronic Registration Systems, Inc., as nominee**   dated   **July 22, 2005**

**for First NLC Financial Services, LLC**

| recorded at the | **Worcester County (Worcester** | Book | **36911** | Page | **349** |
| | **District) Registry of Deeds** | | | | |

| covering* | **23 Sigel Street** | (Street and Number) |
| **Worcester, MA** | | (and city or town) |

and more particularly described in said mortgage.

**LAND COURT USE ONLY**

## JUDGMENT

Under the provisions of the Servicemembers Civil Relief Act, this cause came on to be heard and thereupon, upon consideration thereof, it appearing to the Court that the record owner is not entitled to the benefits of said Act, it is

     ORDERED and ADJUDGED that the plaintiff be authorized and empowered to make an entry and to sell the property covered by the mortgage as set forth in this complaint in accordance with the powers contained in said mortgage.

By the Court.        **A TRUE COPY**
   Attest:        **ATTEST:**                Deborah J. Patterson

(SEAL)        Deborah J. Patterson        Deborah J. Patterson
                                  Recorder
               **RECORDER**

NOTE: Wherever the singular is used herein, it shall be deemed to mean and include the plural where applicable.
     *A metes and bounds description to the property is not necessary

p:\Massachusetts Foreclosures\Generated_Forms\Complaint Form_Foreclosure_Shwartz_2320.15

**ATTEST: WORC. Anthony J. Vigliotti, Register**

*Complaint*

BK: 36778 Pg: 371

2008 00054537
Bk: 38778 Pg: 371   Doc: COM
Page: 1 of 1   04/18/2008 01:48 PM

# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL COURT

(SEAL)

06 MISC 320084

To

**Sima Shwartz**                                                              25/5

and to all persons entitled to the benefit of the Servicemembers Civil Relief Act.

**Deutsche Bank National Trust Company, as Trustee**

claiming to be the holder of  a mortgage

covering real   property in    **Worcester**

numbered as    **23 Sigel Street**

given by

**Sima Shwartz**    to Mortgage Electronic Registration Systems, Inc., as nominee for First
NLC Financial Services, LLC dated July 22, 2005 and recorded at the Worcester County
(Worcester District) Registry of Deeds at Book 36911, Page 349 and now held by plaintiff
by assignment.
has filed with said court a complaint for authority to foreclose said mortgage

in the manner following: **by entry and possession of and exercise of power of sale.**

If you are entitled to the benefits of the Servicemembers Civil Relief Act

and you object to such foreclosure you or your attorney should file a written appearance and

answer in said court at Boston on or before the   *15*   day of *May*    2006

or you may be forever barred from claiming that such foreclosure           is invalid

under said act.

Witness, KARYN F. SCHEIER, Chief Justice of said Court this

*28*   day of *March* 2006

Deborah J. Patterson

*Doonan Graves + Longoria LLC*
*100 Cummings Center*
*Beverly MA 01915*

*Recorder*

A TRUE COPY
ATTEST
DEPUTY RECORDER

p:\Massachusetts Foreclosures\Generated_Forms\Order of Notice_Foreclosure_Shwartz_2320.15

ATTEST; WORC. Anthony J. Vigliotti, Register

# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth
Worcester - Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q

◄ Back

**Town:** WORCESTER

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|---|---|---|---|---|---|
| 54537 | 04/18/2006 | COMPLAINT | 1 | 38778/371 | 0.00 |

1st Mrtg

| Street# | Street Name | | | Description |
|---|---|---|---|---|
| 23 | SIGEL ST | | | |

**Grantor** SHWARTZ SIMA
DEUTSCHE BANK NATIONAL TRUST CO TR

**Grantee**

**Marginal Reference Documents** 36911/349 2005 MORTGAGE

🔍 Quick Document Viewer  Click here for Printing Instructions.
🔍 High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
» Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for

# DOONAN, GRAVES & LONGORIA, LLC

**DGL**
**&L**

ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & Washington*

*www.dgandl.com*

*100 Cummings Center*
*Suite 213C*
*Beverly, Massachusetts 01915*
*TEL: (978) 921-2670*
*FAX: (978) 921-4870*

## ORDER OF NOTICE TO DEBTOR

April 14, 2006

**VIA SHERIFF AND CERTIFIED MAIL**

Sima Shwartz
23 Sigel Street
Worcester, MA 01610

Re:     Sima Shwartz
        23 Sigel Street, Worcester, MA 01610
        Case No. 320064

Dear Madam/Sir

In connection with the above-referenced property, enclosed please find a copy of an Order of Notice to foreclose a mortgage given Sima Shwartz   to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated July 22, 2005 and recorded at the Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349 now held by plaintiff by assignment.

If you have any questions or need further information, please do not hesitate to contact me in our Beverly office at 978-921-2670 ext. 14.

Very truly yours,

John A. Doonan, Esq.

KP/cm

p:\Massachusetts Foreclosures\Generated_Forms\Order of Notice Letter to Debtor_Foreclosure_Shwartz_2320.15



# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & Washington*

*www.dgandl.com*

100 Cummings Center
Suite 213C
Beverly, Massachusetts 01915
TEL: (978) 921-2670  *# 812
FAX: (978) 921-4870

### NOTICE OF INTENT TO FORECLOSE MORTGAGE AND INTENT TO PURSUE DEFICIENCY AFTER FORECLOSURE OF MORTGAGE

*# 814*
*MA forecl*

May 5, 2006

*purchased*
*6/2/06 fr. back to bank*
*nobody bid*

Sima Shwartz
23 Sigel Street
Worcester, MA  01610

VIA CERTIFIED MAIL

*Eviction Redemption REO department*
*HomeEq. 800 348 7311 x5*
*Loan # 324278035*

RE: 23 Sigel Street, Worcester, MA  01610

TO:  Sima Shwartz :

    You are hereby notified, pursuant to Massachusetts General Laws, Chapter 244, §14, of the intention of Deutsche Bank National Trust Company, as Trustee, on or after May 24, 2006 at 3:00 PM to foreclose by sale under the power of sale for breach of conditions, the mortgage given by Sima Shwartz  to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005 and recorded at the Worcester County (Worcester District) Registry of Deeds Registry of Deeds at Book 36911, Page 349, which mortgage was to secure a note of the same date given by you, for the whole or part, of which you may be liable to the aforesaid Lender in case of a deficiency in the proceeds of the foreclosure sale.

                    Very truly yours,

                    Deutsche Bank National Trust Company, as Trustee
                    by its attorneys                    *Rene ay*
                    DOONAN, GRAVES, & LONGORIA L.L.C.,

                    by:_____
                    John A. Doonan, Esq.

kp/JD

# NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Sima Shwartz  to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, recorded with Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349 of which mortgage the undersigned is the present holder for breach of conditions of said mortgage and for the purpose of foreclosing the same will be sold at PUBLIC AUCTION at **3:00 PM** on **May 24, 2006**, on the mortgaged premises. The entire mortgaged premises, all and singular, the premises as described in said mortgage:

The land with the buildings thereon, situated on the southerly side of Sigel Street in the City of Worcester, County of Worcester, Commonwealth of Massachusetts, bounded and described as follows:

BEGINNING at a point at an iron pipe set in the southerly line of Sigel Street, said point being S. 79 degs. 45' 00" E. sixty-nine and no hundredths (69.00) feet from the intersection of said line of Sigel Street with the easterly line of Bigelow Street;

THENCE S. 50 degs. 30' 55" E. by Parcel B, eleven and forty-three hundredths (11.43) feet to an iron pipe set at a point;

THENCE S. 10 degs. 32' 58" W. by Parcel B, fifty-two and twenty-eight hundredths (52.28) feet to an iron pipe set at a point;

THENCE N. 79 degs. 45' 00" W. by Parcel B, thirty-five and no hundredths (35.00) feet to an iron pipe set at land now or formerly of Stephen J. Nenninger;

THENCE N. 10 degs. 32' 58" E. by said land of Nenninger and land now or formerly of Sofie Holowy, fifty-seven and eighty-six hundredths (57.86) feet to a point in the southerly line of Sigel Street;

THENCE  S. 79 degs. 45' 00" E. by said line of Sigel Street, twenty-five and no hundredths (25.00) feet to the point of beginning.

Being delineated as Parcel A on a plan entitled "Land in Worcester, Massachusetts Prepared for 23 Sigel Street Realty Trust" dated February 22, 2002 and prepared for

filing with the Worcester District Registry of Deeds in Plan Book 779, Plan 26, by Bouley Brothers, Inc., Professional Land Surveyors, Worcester, Massachusetts.

For my title see deed from Shahreh Emrari, trustee 23 Sigel Street Realty Trust, trust dated 10/1/97 in Book 19226, Page 14.

Subject to and with the benefit of easements, reservation, restrictions, and taking of record, if any, insofar as the same are now in force and applicable.

In the event of any typographical error set forth herein in the legal description of the premises, the description as set forth and contained in the mortgage shall control by reference.

This property has the address of **23 Sigel Street, Worcester, MA 01610.**

Together with all the improvements now or hereafter erected on the property and all easements, rights, appurtenances, rents, royalties, mineral, oil and gas rights and profits, water rights and stock and all fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this sale.

**Terms of Sale:**

Said premises will be sold subject to any and all unpaid taxes and assessments, tax sales, tax titles and other municipal liens and water or sewer liens and State or County transfer fees, if any there are, and TEN THOUSAND DOLLARS ($10,000.00) in cashier's or certified check will be required to be paid by the purchaser at the time and place of the sale as a deposit and the balance in cashier's or certified check will be due in thirty (30) days, at the offices of Doonan, Graves & Longoria, L.L.C., 100 Cummings Center, Suite 213C, Beverly, Massachusetts, time being of the essence.

The Mortgagee reserves the right to postpone the sale to a later date by public proclamation at the time and date appointed for the sale and to further postpone at any adjourned sale-date by public proclamation at the time and date appointed for the adjourned sale date.

The premises is to be sold subject to and with the benefit of all easements, restrictions, leases, tenancies, and rights of possession, building and zoning laws, encumbrances, condominium liens, if any and all other claim in the nature of liens, if any there be.

In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of foreclosure, the Mortgagee reserves the right to sell the property by foreclosure deed to the second highest bidder, providing that said second highest bidder shall deposit with the Mortgagee's attorneys, DOONAN, GRAVES, & LONGORIA L.L.C., 100 Cummings Center, Suite 213C, Beverly, Massachusetts, 01915, the amount of the required deposit as set forth herein within three (3) business days after written notice of the default of the previous highest bidder and title shall be conveyed to the said second highest bidder within twenty (20) days of said written notice.

If the second highest bidder declines to purchase the within described property, the Mortgagee reserves the right to purchase the within described property at the amount bid by the second highest bidder.

The foreclosure deed and the consideration paid by the successful bidder shall be held in escrow by DOONAN, GRAVES, & LONGORIA L.L.C., (hereinafter called the "Escrow Agent") until the deed shall be released from escrow to the successful bidder at the same time as the consideration is released to the Mortgagee, thirty (30) days after the date of sale, whereupon all obligations of the Escrow Agent shall be deemed to have been properly fulfilled and the Escrow Agent shall be discharged.

Other terms to be announced at the sale.

Dated: April 24, 2006

Deutsche Bank National Trust Company, as Trustee

By: John A. Doonan. Esq.,
DOONAN, GRAVES, & LONGORIA L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
(978) 921-2670
www.dgandl.com

p:\Massachusetts Foreclosures\Generated_Forms\NMS_Foreclosure_Shwartz_2320.15

BK: 39131 Pg: 222

2008 00083959

Bk: 39131 Pg: 222   Doc: ASM
Page: 1 of 1   08/07/2008 04:01 PM

Record and Return to:
Doonan, Graves, & Longoria
Attn: Kerry A. Pass
100 Cummings Center, Suite 213C
Beverly, MA 01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ( ASSIGNOR ), hereby sells, assigns, and transfers to Deutsche Bank National Trust Company as Trustee ( ASSIGNEE ), whose mailing address is 4837 Watt Avenue, North Highlands, CA the Assignor s interest in a certain mortgage made by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated July 22, 2005 and recorded in the Worcester County (Worcester District) Registry of Deeds in Book 36911, Page 349, describing land therein as:

### 23 Sigel Street, Worcester, MA

Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC, Assignor

Dated: May 23 2006

By: __Liquenda Allotey__

Its: __Vice President__

### CORPORATE ACKNOWLEDGMENT

State of ___MN___ )
County of ___Dakota___ ) ss.

On the 23 day of ___may___ in the year 2006 before me, the undersigned, personally appeared ___Liquenda Allotey___, personally known to me or proved to me on the basis of satisfactory evidence, which were drivers licenses to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of ___Dakota___, in the State of ___Minnesota___.

Notary Public
My commission expires:

BETTE J. PETERSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2010



ATTEST: WORC. Anthony J. Vigliotti,



EXHIBIT
A

Welcome to Worcester County Registry of Deeds

First NLC → Ocwen Fed. Bank → Home Eq Page 1 of 2
→ Deutche Bank?!.

# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth
Worcester - Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

Registry Home   |   Select Another Registry   |   Registry of Deeds Search   |   Contact Us   |   Help   |   F.A.Q

⇦ Back

1st mortg.

**Town:** WORCESTER

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|---|---|---|---|---|---|
| 83959 | 06/07/2006 | ASSIGNMENT | 1 | 39131/222 | 0.00 |

| Street# | | Street Name | | Description | |
|---|---|---|---|---|---|
| 23 | | SIGEL ST | | | |

| Grantor | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
|---|---|
| | FIRST NLC FINANCIAL SERVICES LLC |
| Grantee | DEUTSCHE BANK NATIONAL TRUST CO TR |
| Marginal Reference Documents | 36911/349 2005 MORTGAGE |

🔍 Quick Document Viewer  Click here for Printing Instructions.
🔍 High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
⬇ Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for

http://www.masslandrecords.com/malr/controller?commandflag=getDetails&optflag=DetailsCommand&ptrno=5882345&office...   8/14/2006

Record and Return to:
Doonan, Graves, & Longoria
Attn: Kerry A. Pass
100 Cummings Center, Suite 213C
Beverly, MA 01915



Bk: 39359 Pg: 41    Doc: ASM
Page: 1 of 1    07/12/2008 04:05 PM

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ( ASSIGNOR ), hereby sells, assigns, and transfers to Deutsche Bank National Trust Company as Trustee ( ASSIGNEE ), whose mailing address is 4837 Watt Avenue, North Highlands, CA the Assignor s interest in a certain mortgage made by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated July 22, 2005 and recorded in the Worcester County (Worcester District) Registry of Deeds in Book 36911, Page 349, describing land therein as:

### 23 Sigel Street, Worcester, MA

Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC, Assignor

Dated: 6/14/06

By: _John H. Dunnery_

Its: _____

## CORPORATE ACKNOWLEDGMENT

State of _NC_ )
County of _Wake_ ) ss.

On the _14_ day of _June_ in the year 20_06_ before me, the undersigned, personally appeared _John H. Dunnery_, personally known to me or proved to me on the basis of satisfactory evidence, which were drivers licenses to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of _Wake_, in the State of _NC_.

_____
Notary Public
My commission expires: 2-3-10

CELINE L. PIERCE
NOTARY PUBLIC
Wake County, North Carolina
My Commission Expires February 8, 2010

ATTEST: WORC. Anthony J. Vigliotti, Register

# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth

Worcester - Anthony J. Vigliotti, Register

**Home | Search | Index | Feedback | Contact**

Registry Home   |   Select Another Registry   |   Registry of Deeds Search   |   Contact Us   |   Help   |   F.A.Q

⇦ Back

**Town:** WORCESTER

| Number | File Date | | Type Desc. | # Pgs. | Book/Page | Consideration |
|--------|-----------|---|------------|--------|-----------|---------------|
| 103569 | 07/12/2006 | | ASSIGNMENT | 1 | 39359/41 | 0.00 |

| Street# | | Street Name | | | Description |
|---------|---|-------------|---|---|-------------|
| 23 | | SIGEL ST | | | |

| Grantor | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
|---------|----------------------------------------------|
| | FIRST NLC FINANCIAL SERVICES LLC |
| Grantee | DEUTSCHE BANK NATIONAL TRUST CO TR |
| Marginal Reference Documents | 36911/349 2005 MORTGAGE |

🔍 Quick Document Viewer  Click here for Printing Instructions.
🔍 High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
≫ Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for

http://www.masslandrecords.com/malr/controller?commandflag=getDetails&optflag=DetailsCommand&ptmo=5914101&office...   8/14/2006

**FORECLOSURE DEED**

2006 00154210
Bk: 39958 Pg: 225  Doc: FC
Page: 1 of 4  10/13/2006 11:21 AM

Deutsche Bank National Trust Company, as Trustee, having it's usual place of business at 4837 Watt Avenue, North Highlands, CA, holder of a mortgage from Sima Shwartz  to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, and recorded with the Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349, by the power conferred by said mortgage and every other power, for Two Hundred Twenty Five Thousand and 00/100 ($225,000.00) dollars paid, grants to DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT dated as of November 1, 2005, with a mailing address of: 4837 Watt Avenue,  North Highlands, CA, the real property with the buildings and improvements thereon, if any, situated in Worcester, Worcester County, Massachusetts, which real property is fully described in Schedule "A" attached hereto and made part hereof by reference, being the premises conveyed by said Mortgage.

PROPERTY ADDRESS:      23 Sigel Street
                                          Worcester, MA  01610

Executed under seal the 7_ day of September, 2006 as the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, by John A. Dunnery, its Vice President and Jeff Szymendera its Vice President.

*Power of Attorney recorded in Book 33822 Page 354*

by: _____

its: Vice President

by: _____

its: Vice President

**STATE OF North Carolina**

Wake , SS County

DATE: _September 7, 2006_

On this 7th day of Sept, 2006, before me, the undersigned Notary Public, personally appeared John A. Dunnery its Vice President and  Jeff Szymendera its Vice President, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that  the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, before me

_____
Notary Public
My Commission Expires:

EDGETON MONROE
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010

MASSACHUSETTS EXCISE TAX
Worcester District ROD #20 001
Date: 10/13/2006 11:21 AM
Ctrl# 057545 17432 Doc# 00154210
Fee: $1,026.00 Cons: $225,000.00

Docum P:\Massachusetts Foreclosures\Generated_Forms\Foreclosure Deed_Foreclosure_Shwartz_2320.15

OWNER  GMAG LONG-MA  LLC
100 Cummings Center
Beverly MA 01920

EXHIBIT
D

# Schedule "A"

The land with the buildings thereon, situated on the southerly side of Sigel Street in the City of Worcester, County of Worcester, Commonwealth of Massachusetts, bounded and described as follows:

BEGINNING at a point at an iron pipe set in the southerly line of Sigel Street, said point being S. 79 degs. 45' 00" E. sixty-nine and no hundredths (69.00) feet from the intersection of said line of Sigel Street with the easterly line of Bigelow Street;

THENCE S. 50 degs. 30' 55" E. by Parcel B, eleven and forty-three hundredths (11.43) feet to an iron pipe set at a point;

THENCE S. 10 degs. 32' 58" W. by Parcel B, fifty-two and twenty-eight hundredths (52.28) feet to an iron pipe set at a point;

THENCE N. 79 degs. 45' 00" W. by Parcel B, thirty-five and no hundredths (35.00) feet to an iron pipe set at land now or formerly of Stephen J. Nenninger;

THENCE N. 10 degs. 32' 58" E. by said land of Nenninger and land now or formerly of Sofie Holowy, fifty-seven and eighty-six hundredths (57.86) feet to a point in the southerly line of Sigel Street;

THENCE S. 79 degs. 45' 00" E. by said line of Sigel Street, twenty-five and no hundredths (25.00) feet to the point of beginning.

Being delineated as Parcel A on a plan entitled "Land in Worcester, Massachusetts Prepared for 23 Sigel Street Realty Trust" dated February 22, 2002 and prepared for filing with the Worcester District Registry of Deeds in Plan Book 779, Plan 26, by Bouley Brothers, Inc., Professional Land Surveyors, Worcester, Massachusetts.

For my title see deed from Shahreh Emrari, trustee 23 Sigel Street Realty Trust, trust dated 10/1/97 in Book 19226, Page 14.

## AFFIDAVIT

I, John A. Dunnery, being the duly authorized loan servicing agent for Deutsche Bank National Trust Company, as Trustee, named in the foregoing deed, make oath and say that the principal, interest, and tax obligations mentioned in the mortgage above referred to were not paid or tendered or performed when due or proper to the sale; and that I published on May 3, 2006, May 10, 2006 and May 17, 2006, in the Worcester Telegram, published in Massachusetts and by its cover page purporting to be published in Worcester and having a circulation therein, notice of which the following is a true copy;

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF

I have also complied with Chapter 244, § 14 of the General Laws of Massachusetts as amended by mailing the required notices registered mail, return receipt requested.

Pursuant to said notice, on May 24, 2006 at 3:00 PM, at which time and place upon the mortgaged premises, Deutsche Bank National Trust Company, as Trustee sold the mortgaged premises at public auction by Ronald J. Marcella of Tache' Auctions and Sales, a licensed auctioneer, to DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT dated as of November 1, 2005, for Two Hundred Twenty Five Thousand and 00/100 ($225,000.00) dollars, being the highest bid made therefore at said auction.

Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact,

Witness:

_____

by: _____

its: Vice President

### STATE OF North Carolina

_____, SS.

On this 7 day of September, 2006, before me, the undersigned Notary Public, personally appeared John A. Dunnery its Vice President, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, before me.

EDGETON MONROE
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010

_____, Notary Public

My Commission Expires: ___

## AFFIDAVIT

I, **Jeff Szymendera**, being the duly authorized ~~Vice President~~ for Deutsche Bank National Trust Company, as Trustee, named in the foregoing deed, make oath and say that the principal, interest, and tax obligations mentioned in the mortgage above referred to were not paid or tendered or performed when due or proper to the sale; and that I published on May 3, 2006, May 10, 2006 and May 17, 2006, in the Worcester Telegram, published in Massachusetts and by its cover page purporting to be published in Worcester and having a circulation therein, notice of which the following is a true copy;

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF

I have also complied with Chapter 244, § 14 of the General Laws of Massachusetts as amended by mailing the required notices registered mail, return receipt requested.

Pursuant to said notice, on May 24, 2006 at 3:00 PM, at which time and place upon the mortgaged premises, Deutsche Bank National Trust Company, as Trustee sold the mortgaged premises at public auction by Ronald J. Marcella of Tache' Auctions and Sales, a licensed auctioneer, to DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT dated as of November 1, 2005, for Two Hundred Twenty Five Thousand and 00/100 ($225,000.00) dollars, being the highest bid made therefore at said auction.

Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, Bk.K 33852 Page 354

Witness:

by:

its: **Vice President**

STATE OF _____

ss.

On this ___ day of _____ 2006, before me, the undersigned Notary Public, personally appeared **Jeff Szymendera** its **Vice President**, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, before me.

_____, Notary Public

p:\Massachusetts Foreclosures\Generated Forms\Affidavit of Sale_Foreclosure_Shwartz_2320.15

EDGETON MONROE
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010

*copy false Statement* (handwritten)

LOAN # 324278035                                    CASE NO. 320064

---

## CERTIFICATE OF ENTRY TO FORECLOSE

---

WE HEREBY CERTIFY that on the 24th day of May in the year two thousand and six, we were present and saw said *Linean Long*, Esq., duly authorized agent of Deutsche Bank National Trust Company, as Trustee pursuant to authority contained in a Power of Attorney recorded herewith and by every other power, Deutsche Bank National Trust Company, as Trustee present holder of a certain mortgage given by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, and recorded at the Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349, hereby make an open, peaceable and unopposed entry on the premises situated at 23 Sigel Street, Worcester, described in said mortgage, for the purpose, by him/her declared, of foreclosing said mortgage for breach of conditions thereof and for the purpose of collecting rents and taking possession of said premises.

_____                    _____
Witness Signature                          Witness Signature

John Doonan                                Ronald J. Marcella
Witness Name (please print)                Witness Name (please print)

                                           *to BK-39958*
                                           *pg-220*

COMMONWEALTH OF MASSACHUSETTS

Worcester, SS

On this 24th day of May, 2006, before me, the undersigned Notary Public, personally appeared John Doonan and Ronald Marcella, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is his/her/their free act and deed before me,

_____, Notary Public

My Commission Expires 2/18/2013

ENRI AZIZAJ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
February 15, 2013

2006 00154268
Bk: 39958 Pg: 221  Doc: POSSN
Page: 1 of 1  10/18/2006 11:21 AM

p:\Massachusetts Foreclosures\Generated_Forms\Certificate of Entry_Foreclosure_Shwartz_2320.15

**ATTEST: WORC. Anthony J. Vigliotti, Register**


EXHIBIT B

Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 1-877-223-7699
P.O. BOX 37621, JACKSONVILLE, FL 32241-7621

## Additional Named Insured Certificate

Notification Date:   08/03/06

LOAN NUMBER:   324278035

**ADDITIONAL NAMED INSURED**
SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610

NAMED INSURED MORTGAGEE
HOMEQ SERVICING CORPORATION
ITS AFFILIATES, SUCCESSORS
AND ASSIGNEES
P.O. BOX 37621
JACKSONVILLE, FL 32241-7621

| | Amount of Insurance | Annual Premium |
|---|---|---|
| POLICY NUMBER  LRE540145684 | Dwelling $ 364,000 | $ 4,295.20 |
| | Personal Property Endorsement $ 0.00 | $ 0.00 |
| POLICY TERM: | Additional Living Expense Endorsement $ 0.00 | $ 0.00 |
| FROM  05/07/06     TO  05/07/07 | Other Endorsements | $ 0.00 |
| ☐ NOON    ☒ 12:01am | Deductible - per loss | |
| | Vandalism & Malicious Mischief | |
| | Property is VACANT at time of loss $ 1,000 | |
| | Property is NOT VACANT at time of loss $ 500 | |
| PROPERTY LOCATION | All Other covered Losses $ 250 | |

| | Limit of Liability | Annual Premium |
|---|---|---|
| 23 SIGEL ST WORCESTER MA 01610 | Personal Liability Endorsement $ 0.00 | $ 0.00 |
| ENDORSEMENTS ATTACHED AND FORMING A PART OF THE POLICY RP1102 (0397),RP1200 (0397),RP1201 (0397),RP1520 (0397) | Medical Payments $ 0.00 | |
| | MUNICIPAL TAXES | $ 0.00 |
| | OTHER TAXES | $ 0.00 |
| | ANNUAL TOTAL CHARGES | $ 4,295.20 |

**Personal Property and Personal Liability Coverages** - If an amount of Insurance and a premium charge are shown above for this coverage, we will cover your personal property in the Dwelling against the perils specified in the Personal Property Endorsement. If a Limit of Liability and a premium charge is shown for this coverage, we will also cover your personal liability. Please refer to the applicable endorsement for a description of the type and scope of coverage provided. These endorsements are available only for a residence that is owner occupied. **These coverages are void if the residence is vacant or occupied by someone other than the Additional Named Insured shown above.**

DEDUCTIBLES: Please refer to the deductibles shown above for the coverages provided by this policy.

Subject to the terms and provisions of the Lender Placed Property Program, including but not limited to the Dwelling Coverage Form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Named Insured with respect to such property, subject to the following additional provisions:

(a) The above Named Insured Mortgagee is authorized to act for such Additional Named Insured(s) in all matters pertaining to this insurance including receipt of Notice of Cancellation; and return premium, if any.
(b) The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Named Insured for the insurance afforded.
(c) Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Named Insured as their interest may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Named Insured, at the company's option.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-877-223-7699**

To report a claim, please contact our Claim Department at 1-800-824-8562
or, you may report a new claim using our website at www.zcsclaims.com

RP1102 0397



# Prudential

5/14/06

**Parent Associates, REALTORS®**
195 Park Ave., Worcester, MA 01609
Bus 508 363-0700 ext 237  Fax 508 363-0750
Home 508 885-7248  Page_90@msn.com
www.prudentialparentrealtors.com
⌂ An independently owned and operated member of Prudential Real Estate Affiliates, Inc.

Assumption College, MA; Worcester:Beaver Brook, MA; Worcester:Belmont Hill, MA; ...ler:Cherry Valley, MA; Worcester:College Hill, MA; Worcester:Columbus Park, MA; ...rcester:Great Brook Valley, MA; Worcester:Greendale, MA; Worcester:Indian Lake, MA; ...; Worcester:Quinsigamond Valley, MA; Worcester:Rice Square, MA; Worcester:South ...orcester, MA; Worcester:Summit, MA; Worcester:Sunderland, MA; Worcester:Tatnuck, MA; Worcester:Union Hill, MA; Worcester:Webster Square, MA; Worcester:West Side, MA; Worcester:Westwood Hills, MA
Advanced Criteria: ■ Type of Multi-Family = B

| Price Range | # of Listings | Avg. Days on Market | Average Sale Price | Average List Price | SP:LP Ratio | Average Orig Price | SP:OP Ratio |
|---|---|---|---|---|---|---|---|
| Under $50,000 | - | - | - | - | - | - | - |
| $50,000 - $99,999 | 1 | 31 | $90,000 | $99,000 | 91 | $90,000 | 100 |
| $100,000 - $149,999 | - | - | - | - | - | - | - |
| $150,000 - $199,999 | 5 | 84 | $171,790 | $165,240 | 104 | $163,260 | 105 |
| $200,000 - $249,999 | 21 | 81 | $227,124 | $241,829 | 94 | $248,481 | 91 |
| $250,000 - $299,999 | 79 | 121 | $280,739 | $289,218 | 97 | $302,759 | 93 |
| $300,000 - $349,999 | 77 | 81 | $322,159 | $331,935 | 97 | $337,822 | 95 |
| $350,000 - $399,999 | 42 | 60 | $367,828 | $376,217 | 98 | $381,721 | 96 |
| $400,000 - $449,999 | 6 | 57 | $417,167 | $427,117 | 98 | $436,267 | 96 |
| $450,000 - $499,999 | 1 | 6 | $495,000 | $479,900 | 103 | $479,900 | 103 |
| $500,000 - $599,999 | - | - | - | - | - | - | - |
| $600,000 - $699,999 | - | - | - | - | - | - | - |
| $700,000 - $799,999 | - | - | - | - | - | - | - |
| $800,000 - $899,999 | - | - | - | - | - | - | - |
| $900,000 - $999,999 | - | - | - | - | - | - | - |
| $1,000,000 - $1,499,999 | - | - | - | - | - | - | - |
| $1,500,000 - $1,999,999 | - | - | - | - | - | - | - |
| $2,000,000 - $2,499,999 | - | - | - | - | - | - | - |
| $2,500,000 - $2,999,999 | - | - | - | - | - | - | - |
| $3,000,000 - $3,999,999 | - | - | - | - | - | - | - |
| $4,000,000 - $4,999,999 | - | - | - | - | - | - | - |
| $5,000,000 - $9,999,999 | - | - | - | - | - | - | - |
| Over $10,000,000 | - | - | - | - | - | - | - |
| **Total Properties** | 232 | Avg. 89 | $306,681 | $315,752 | 97 | $324,071 | 95 |

Lowest Price: **$90,000**          Median Price: **$305,000**
Highest Price: **$495,000**          Average Price: **$306,680**

Total Market Volume: **$71,149,981**