**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

_____

**RE:**                                                    )
                                                                )    **CHAPTER 7**
**Sima Schwartz a/k/a**                      )    **CASE NO. 06-42476**
**Sima M. Shwartz**                             )
                        **Debtor**                   )
_____  )

**RESPONSE TO DEBTOR'S MOTION FOR JOINT ADMINISTRATION**

Now comes Deutsche Bank National Trust Company, as Trustee, assignee and successor in interest to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ("Deutsche") and responds to Debtor's Motion for Joint Administration as follows:

1) Rule 1015 of the United States Bankruptcy Rules gverns "Consolidation or Joint Administration of Cases Pending in Same Court."

2) Section (a) of Rule 1015 references cases involving the same debtor with two petitions.

3) There was only one bankruptcy petition and one adversary petition.

4) Section (b) of Rule 1015 concerns "Cases involving two or more related debtors."

5) This case does not involve two or more related debtors.

WHEREFORE, Deutsche requests the Motion for Joint Administration be denied as moot and for all other relief as is just and equitable.

Dated: January 24, 2007                               Counsel for Deutsche,

                                                                     /s/ Reneau J. Longoria
                                                                     Reneau J. Longoria, Esq.
                                                                     Doonan, Graves and Longoria, LLC
                                                                     100 Cummings Center
                                                                     Suite 213C
                                                                     Beverly, MA 01915
                                                                     Tel. (978) 921-2670