LOAN # 32478035                                                           CASE NO. 320064

## UNIFORM DURABLE POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that Deutsche Bank National Trust Company, as Trustee, is present holder of a mortgage given by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, and recorded at the Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349, does hereby constitute and appoint either John A. Doonan of Beverly, Essex County, Massachusetts, Reneau J. Longoria of Beverly, Essex County, Massachusetts, Erin Powers of Beverly, Essex County, Massachusetts, Cecilia A. Calabrese of Feeding Hills, Hampden County, Massachusetts or David Keefe of Beverly, Essex County, Massachusetts, its true and lawful attorneys, for it and in its name, place and stead, to do all acts authorized or required by the power of sale contained in said mortgage, for the purpose of foreclosing said mortgage upon breach of the conditions thereof, and further, to make an open, peaceable and unopposed entry on the premises described in said mortgage, for the purpose of foreclosing said mortgage for the breach of conditions thereof.

This power shall be construed as a Uniform Durable Power of Attorney pursuant to M.G.L. Chapter 201B.

Any one of the foregoing Attorneys may individually and separately exercise any of the powers contained herein and is empowered to determine in his/her sole discretion the time when, purpose for and manner in which any power herein conferred upon him/her shall be exercised and the conditions, provisions and covenants of any such exercise pursuant hereto.

IN WITNESS WHEREOF, the said Deutsche Bank National Trust Company, as Trustee, has caused its corporate seal to be affixed hereto and there presents to be signed and acknowledged in its name and behalf by _____Jeff Szymendera_____ thereunto duly authorized this __18__ day of __September__, 2006.

Deutsche Bank National Trust Company, as Trustee,
By: _____
     Its Attorney-in-Fact

STATE OF __NC__

__Wake__, SS County                                                   Date: __Sept. 18, 2006__

On this __18__ day of __Sept.__, 2006, before me, the undersigned Notary Public, personally appeared __Jeff Szymendera__ its __Attorney-in-Fact__, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee, before me,

Notary Public: _____
My Commission Ex.: 

p:\Massachusetts Foreclosures\Generated_Forms\Power of Attorney_Foreclosure_Shwartz_2320.15

NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010