# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

In Re: Sima Schwartz                    Case Number 06-42476    (JBR)
                                        Chapter 7

#31  Motion of HomEq for Relief from Stay (23 Sigel Street, Worcester, MA) and
#37 Objections of Debtor

Reneau Longoria for HomEq
Sima Schwartz, Pro Se

## COURT ACTION:

**Show Cause Order**          _____ Released           _____ Enforced
_____ Granted               _____ Approved           _____ Moot
_____ Denied                _____ Denied Without Prejudice
_____ Withdrawn in Open Court
_____ Sustained             _____ Overruled
_____ Continued to _____
_____ Proposed Order to be Submitted by _____
_____ Stipulation to be Submitted by _____
___✓___ Taken Under Advisement

## DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

COUNSEL FOR THE BANK HAS 14 DAYS TO SUBMIT A MEMORANDUM OF LAW ON THE PROPER PROCEDURE A BANK MUST FOLLOW TO FORECLOSE ON A MORTGAGE IN MASSACHUSETTS INCLUDING APPROPRIATENESS OF SUBJECT FORECLOSURE WITH STATUTORY OR CASE LAW CITATION WITH RESPECT TO FORECLOSURE BY AGENTS, NOMINEES, MORTGAGEES, DESIGNEES, AND/OR OTHER NON-DEBT HOLDERS.
DEBTOR WILL HAVE 7 DAYS THEREAFTER TO RESPOND.

SO ORDERED:

*Joel B. Rosenthal*                    Dated 2/8/2007
_____
Joel B. Rosenthal
United States Bankruptcy Judge