UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RE: | Sima Schwartz a/k/a | ) |
| | Sima M. Shwartz | ) |
| | | ) | CHAPTER 7 |
| | Debtor | ) | Case No. 06-42476 |
| | | ) |

Response of Debtor to Memorandum of
Deutsche Bank National Trust Company to
Court Order Dated February 8, 2007 on Re: <u>31</u>
Second Motion of HomeEq for Relief from
Stay and Re: <u>37</u> Objections of Debtor.

Now comes Debtor, Sima Schwartz, Pro Se and
hereby Responds on Memorandum of Deutsche Bank
National Trust Company, has made by newly
appointed Law Firm Michienzie & Sawin LLC,
by its Attorney Christopher Matheson.
I ask Honorable Bankruptcy Judge Joel B.
Rosenthal to deny Second Motion of HomeEq
for Relief from stay for following reasons:

1.  Deutsche Bank has failed to prove legal
    basis for starting and conducting all the foreclosure
    on House, located at 23 Sigel Street in Worcester, MA:
    a) See true and correct copies of my 1st & 2nd Mortgages
    b) See letter of HomeEq from November 7, 2005, stating
       that Ocwen Federal Bank FSB is a creditor, not
       First NLC anymore!

c) Same document shows other two important issues of the story. The date when the account was placed with HomeEq is November 1, 2005, same date shown in Foreclosure Deed, as Pooling and Servicing Agreement with not known party. In a long process of my Foreclosure, Eviction, Bankruptcy, Lifting from Stay, attorneys for Deutsche Bank avoiding to show this document!! The memorandum does not show it ether.

d) I am not attorney, but when I read about Insiders in foreclosure proceedings, a question arizes, why HomeEq's mailing address in said letter (See its 2nd page) Same as Deutsche's Address? (See Foreclosure Deed)

2. Foreclosure Procedure in Massachusetts: Deutsche shows in Memorandum Section A the process of Foreclosure, governed by M.G.L. 244.

a) In subsections a, b, c, are shown procedures and a deadlines (See page 2 of Memorandum) for Recordations all over a page. A question arizes, why in different courts Deutsche Shows John A. Dunnery notaries on 09/07/2006 an Affidavit about publishing an articles of a Foreclosure; and Jeff Szymendera doing the same on 09/18/2006 in another Affidavit of publishing same articles. It cannot be true! (See true and correct copies of both Affidavits/ Notices of Sale)

b) A question arises, why Deutsche forgot to describe a deadline for recording a Foreclosure Deed and an Affidavit? Probably becose they were recorded

much longer, then required 30 days!
Foreclosure occurs on May 24, 2006, but been
recorded on October 13, 2006, same with
Affidavit! (its second variant of Left Szymendera)

3. Appropriateness of the Subject Foreclosure.

a) If First NLC was a lender/nominee for whom
is MERS, then Ocwen became a lender,
HomeEq is a servicer, MERS is a nominee
for Ocwen, not for NLC.
Ocwen did not record its transaction.
Deutsche can't record anything, not asking
Ocwen to record its transaction.

b) Deutsche is wrong party in HomeEq Relief
from stay.
It shows assign of Mortgage to Deutsche and
recordation on June 14, 2006.

colony:
Deutsche asigned my First Mortage not on November
1, 2006, not on June 19, 2006, but Assignment
of Mortgage Book/Page 39131/222 of Account
Number 32427S035 (see 2 account statements true
and correct copies) occur on May 23, 2006 and
recorded on June 7, 2006.
(Wrong document presented in Memorandum.

Dear Honorable Court, please concider my arguments,
deny Deutsche Bank National Company as wrong
party, and continue all raised issues in Adversary
Proceeding, scheduled to hearing on March 8, 2007.

February 26, 2007

Sima Schwartz, Pro Se
Debtor   SSN. 1360
23 Sigel Street
Worcester, MA 01610
508-799-0766 Tel/Fax
774-239-1430 cel.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

RE:

**CHAPTER 7**
**CASE NO. 06-42476**

Sima Schwartz a/k/a
Sima M. Shwartz
        **Debtor**

## CERTIFICATE OF SERVICE

I, Sima Schwartz, hereby certify that true and correct copies of *Response to Memorandum of Deutsche Bank National* and Certificate of Service have been served by the United States 1ˢᵗ Class Mail, on the 26 day of *February* 2007 to all of the organizations and individuals on the service list.

_____
Sima Schwartz, Pro Se

## SERVICE LIST

Christopher Matheson
Mackenzie & Sawin, LLC
745 Boylston St. 5th floor
Boston, MA 02116

Kenneth J. Longoria
Looney, Graves & Longoria, LLC
100 Cummings Center, Suite 213C
Beverly, MA 01915

**HomEq SERVICING**

## VALIDATION OF DEBT LETTER

IIIₗₘₗIhIIₘₗIIIhₗIIₘIIₗIIₘIIₗIIₘIIIₘₗIₗIₗIₗₘIₗII

SIMA SHWARTZ

23 SIGEL STREET
WORCESTER, MA  01610

November 7, 2005

Re:  Loan Number **0324278035**

Dear SIMA SHWARTZ:

This letter is to inform you that your account with OCWEN FEDERAL BANK FSB, has been placed with HomEq Servicing Corporation (HomEq) for servicing.  HomEq is responsible for providing monthly remittance processing as well as the collection of any amount in default.

Your financing agreement provides:
- ♦  Your full monthly payment is due each month on the due date.
- ♦  You are in default if you fail to make each payment in full as it becomes due.
- ♦  You may incur extra expenses if you fail to make timely payments.

With respect to your account with OCWEN FEDERAL BANK FSB, we are providing the following information:
- ♦  Name of creditor: OCWEN FEDERAL BANK FSB.
- ♦  Time and place of the creation of the debt: 07/22/2005. WORCESTER, MA.
- ♦  The merchandise, services or other things of value underlying the debt: Senior Lien
- ♦  The date when the account was placed with HomEq: **11/01/2005**
- ♦  The amount owing on the original obligation at the time it was received by HomEq: $271,602.25..
- ♦  The interest or service charge. or late payment charges, if any, added to the original obligation by HomEq:  Interest Due:$00.00, Late Charges: $00.00
- ♦  Recoverable Corporate Advances. if any. that HomEq is attempting to collect.: $0.00.  *Note: Contact HomEq Servicing Corporation for a detailed breakdown of recoverable corporate advance fees.*
- ♦  Any other charge or fee HomEq is attempting to collect: $    .00.

**HomEq Servicing Corporation is a debt collector.  HomEq is attempting to collect a debt and any information obtained will be used for that purpose**

**SEE NEXT PAGE FOR IMPORTANT DISCLOSURES**

 **WACHOVIA**

In compliance with the Fair Debt Collection Practices Act and state collection practices regulations, HomEq is a debt collector attempting to collect a debt and is providing the following disclosure:

UNLESS YOU NOTIFY HOMEQ WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, HOMEQ WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY HOMEQ IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, HOMEQ WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST HOMEQ IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE HOMEQ WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Our mailing address is:
> HomEq Servicing Corporation
> 4837 Watt Avenue – CA 3345
> North Highlands, CA 95660

If you have any questions, please contact HomEq's Customer Service Department by calling 1-800-795-5125. Our business hours are Monday through Friday, 5:30 AM – 5:30 PM, Pacific Time.

Sincerely,

HomEq Servicing Corporation
CO012

## IMPORTANT DISCLOSURES

### California
As required by law you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### Colorado
For information about the Colorado Fair Debt Collection Practices Act, www.ago.state.co.us/CAB.htm [website maintained by the state of Colorado]

Bk: 39958 Pg: 225   Doc: FD
Page: 1 of 4   10/13/2006 11:21 AM

## FORECLOSURE DEED

Deutsche Bank National Trust Company, as Trustee, having it's usual place of business at 4837 Watt Avenue, North Highlands, CA, holder of a mortgage from Sima Shwartz   to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated 7/22/2005, and recorded with the Worcester County (Worcester District) Registry of Deeds at Book 36911, Page 349, by the power conferred by said mortgage and every other power, for Two Hundred Twenty Five Thousand and 00/100 ($225,000.00) dollars paid, grants   $125/h$ to DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT dated as of November 1, 2005, with a mailing address of: 4837 Watt Avenue,  North Highlands, CA, the real property with the buildings and improvements thereon, if any, situated in Worcester, Worcester County, Massachusetts, which real property is fully described in Schedule "A" attached hereto and made part hereof by reference, being the premises conveyed by said Mortgage.

PROPERTY ADDRESS:     23 Sigel Street
                      Worcester, MA 01610

Executed under seal the 7_ day of September, 2006 as the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, by John A. Dunnery, its Vice President and Jeff Szymendera its Vice President.

*Power of Attorney
recorded in Book 33822
Page 354

by: _____

its: Vice President

by: _____

its: Vice President

### STATE OF North Carolina

Wake , SS County

DATE: ___September 7, 2006___

On this 7th day of Sept, 2006, before me, the undersigned Notary Public, personally appeared John A. Dunnery its Vice President and Jeff Szymendera its Vice President, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, before me

Notary Public
My Commission Expires:

EDGETON MONROE
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010

Down Phillps Long Title LLC
Joe Cummings Esq
Beverly MA 01915

MASSACHUSETTS EXCISE TAX
Worcester District ROD #20 001
Date: 10/13/2006 11:21 AM
Ctrl# 057545 17432 Doc# 00154210
Fee: $1,026.00 Cons: $225,000.00

## AFFIDAVIT

I, **Jeff Szymendera**, being the duly authorized Vice President for Deutsche Bank National Trust Company, as Trustee, named in the foregoing deed, make oath and say that the principal, interest, and tax obligations mentioned in the mortgage above referred to were not paid or tendered or performed when due or proper to the sale; and that I published on May 3, 2006, May 10, 2006 and May 17, 2006, in the Worcester Telegram, published in Massachusetts and by its cover page purporting to be published in Worcester and having a circulation therein, notice of which the following is a true copy;

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF

I have also complied with Chapter 244, § 14 of the General Laws of Massachusetts as amended by mailing the required notices registered mail, return receipt requested.

Pursuant to said notice, on May 24, 2006 at 3:00 PM, at which time and place upon the mortgaged premises, Deutsche Bank National Trust Company, as Trustee sold the mortgaged premises at public auction by Ronald J. Marcella of Tache' Auctions and Sales, a licensed auctioneer, to DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT dated as of November 1, 2005, for Two Hundred Twenty Five Thousand and 00/100 ($225,000.00) dollars, being the highest bid made therefore at said auction.

Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, Se.K 37822 PAGE 354

Witness: _____

by: _____
  Vice President
its: _____

STATE OF _____ , SS.

On this ___ day of _____ 2006, before me, the undersigned Notary Public, personally appeared **Jeff Szymendera** its **Vice President** , proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, before me.

_____ , Notary Public

p \Massachusetts Foreclosures\Generated_Forms\Affidavit of Sale_Foreclosure_Shwurtz_2320.15

EDGETON MONROE
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010

## AFFIDAVIT

I, John A. Dunnery, being the duly authorized loan servicing agent for Deutsche Bank National Trust Company, as Trustee, named in the foregoing deed, make oath and say that the principal, interest, and tax obligations mentioned in the mortgage above referred to were not paid or tendered or performed when due or proper to the sale; and that I published on May 3, 2006, May 10, 2006 and May 17, 2006, in the Worcester Telegram, published in Massachusetts and by its cover page purporting to be published in Worcester and having a circulation therein, notice of which the following is a true copy;

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF

I have also complied with Chapter 244, § 14 of the General Laws of Massachusetts as amended by mailing the required notices registered mail, return receipt requested.

Pursuant to said notice, on May 24, 2006 at 3:00 PM, at which time and place upon the mortgaged premises, Deutsche Bank National Trust Company, as Trustee sold the mortgaged premises at public auction by Ronald J. Marcella of Tache' Auctions and Sales, a licensed auctioneer, to DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT dated as of November 1, 2005, for Two Hundred Twenty Five Thousand and 00/100 ($225,000.00) dollars, being the highest bid made therefore at said auction.

Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact,

Witness:

_____

by: _____

its: Vice President

### STATE OF North Carolina

_____, SS.

On this 7 day of September, 2006, before me, the undersigned Notary Public, personally appeared <u>John A. Dunnery</u> its <u>Vice President</u>, proved to me through satisfactory evidence of identification, which were drivers licenses to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose and that the foregoing instrument is the free act and deed of Deutsche Bank National Trust Company, as Trustee by HomEq Servicing Corporation its Attorney in Fact, before me.

EDGETON MONROE
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires October 27, 2010

_____, Notary Public
My Commission Expires: ____

p:\Massachusetts Foreclosures\Generated_Forms\Affidavit of Sale_Foreclosure_Shwartz_2320.15

Affidavit 2

**HomEq SERVICING**

*4/19/06 due 11,594.21 apr. stat.*

*fored 866 822-1471*

P.O. BOX 13716
SACRAMENTO, CA 95853-3716

**WACHOVIA**

# ACCOUNT STATEMENT

Statement Date:      01/26/06
Account Number:   324278035

12/28/05 15 13  0000738 20060127 6AD16101 HMQ-M1  1 OZ DOM 6AD1610000' 145144  MS

SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610-1824



## QUESTIONS ABOUT YOUR ACCOUNT
Visit us on the web at www. homeq.com, or call Customer Service at
1-877-867-7378 Monday through Friday, 5:30 A.M. - 5:30 P.M., Pacific
Time. Please have your account number available.
*For your convenience, our automated attendant is
available 24 hours a day, seven days a week.*

Property Address:   23 SIGEL ST
                    WORCESTER MA 01610

Payment Due Date:  **12/01/05**      Total Amount Now Due:   **$5,838.26**

| | |
|---|---|
| Principal and Interest Due | $1,918.65 |
| Amount Past Due | $3,837.30 |
| **Late Charge Balance** | **$57.56** |
| Returned Check Fees | $15.00 |
| Other Fees | $3.00 |
| Advances | $6.75 |
| **Total Amount Now Due*** | **$5,838.26** |

*Total may not include other fees or advances

**ACCOUNT INFORMATION**

**Current Principal Balance**        **$271,401.48**

*The Current Principal Balance does not represent the
payoff amount of your account and is not to be used for
payoff purposes.*

**INTEREST & TAX INFORMATION**

| | |
|---|---|
| Interest Paid Year-To-Date | $.00 |
| Taxes Paid Year-To-Date | $.00 |
| Interest Paid in 2005 | $1,717.88 |
| Taxes Paid in 2005 | $.00 |

In order to assist you with tax planning, we are providing
information on your Account interest and taxes paid in
the prior year.

**PLEASE NOTE:**
If the total scheduled payment is not received by the Late Charge
Date, the Late Charge Amount may be assessed to your account.

| | |
|---|---|
| **Late Charge Date** | **12/16/05** |
| **Late Charge Amount** | **$57.56** |

**ACCOUNT STATUS**

Your account is currently past due and is
subject to reporting to the credit-reporting
agencies as a delinquent account. To protect
your credit rating, please contact our office
immediately by calling 1-877-867-7378. If you
have already sent your payment, please accept
our thanks. If no, please refer to the back of this
billing statement for payment options.

**PROTECT YOUR CREDIT**

You are hereby notified that we may report
information about your account to credit reporting
agencies. Late payments, missed payments, or
other defaults on your account may be reflected
on your credit report. To dispute information
reported to a credit reporting agency, please
send a written dispute and any related
documentation to the credit reporting agency.

**\*PAYMENT ACTIVITY
SINCE LAST STATEMENT**

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Late Charge(s)/Fees/Advances | $.00 |
| Total | $.00 |

A27711

## IMPORTANT MESSAGES

### *Payment Activity Since Last Statement
A payment has not been applied to your account since your last Account Statement was mailed. As a result, activity is
not reflected in the Payment Activity Since Last Statement section. For payment updates, our automated attendant is
available 24 hours a day, seven days a week at 877-867-7378. Or, visit us on the web at www.homeq.com and follow
the instructions provided to access your Account History.

*Mortgage1*

# HOMEQ SERVICING

P.O. BOX 13716
SACRAMENTO, CA 95853-3716

 **WACHOVIA**

# ACCOUNT STATEMENT

Statement Date:    04/26/06
Account Number:  324278092

04/17/06  10 20  0000679 20060428 6DD40101 HMQ-M1  1 OZ DOM 6DD4010000* 145144  MS

SIMA SHWARTZ
23 SIGEL STREET
WORCESTER MA 01610-1824

### QUESTIONS ABOUT YOUR ACCOUNT

Visit us on the web at www. homeq.com, or call Customer Service at
1-877-867-7378 Monday through Friday, 5:30 A.M. - 5:30 P.M., Pacific
Time. Please have your account number available.
*For your convenience, our automated attendant is
available 24 hours a day, seven days a week.*

Property Address:    23 SIGEL ST
WORCESTER MA 01610

| | | | |
|---|---|---|---|
| Payment Due Date: **12/01/05** | | Total Amount Now Due: | **$4,518.51** |

| | | | |
|---|---|---|---|
| Principal and Interest Due | $735.78 | **ACCOUNT** | **Current Principal Balance** **$67,949.43** |
| Amount Past Due | $3,678.90 | **INFORMATION** | *The Current Principal Balance does not represent the* |
| **Late Charge Balance** | **$88.28** | | *payoff amount of your account and is not to be used for* |
| Returned Check Fees | $0.00 | | *payoff purposes.* |
| Other Fees | $0.00 | | |

**INTEREST & TAX**
**INFORMATION**

| | |
|---|---|
| Advances | $15.55 |
| **Total Amount Now Due\*** | **$4,518.51** |

| | |
|---|---|
| **Interest Paid Year-To-Date** | **$.00** |
| **Taxes Paid Year-To-Date** | **$.00** |
| **Interest Paid in 2005** | **$718.75** |
| **Taxes Paid in 2005** | **$.00** |

\*Total may not include other fees or advances

In order to assist you with tax planning, we are providing information on your Account interest and taxes paid in the prior year.

**PLEASE NOTE:**
If the total scheduled payment is not received by the Late Charge
Date, the Late Charge Amount may be assessed to your account.

| | |
|---|---|
| **Late Charge Date** | **12/16/05** |
| **Late Charge Amount** | **$22.07** |

**ACCOUNT
STATUS**

Your account is now in default. We may have a solution for you. Please contact us immediately by calling 1-877-867-7378. If you have already brought your account current, please accept our thanks.

**PROTECT YOUR
CREDIT**

You are hereby notified that we may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected on your credit report. To dispute information reported to a credit reporting agency, please send a written dispute and any related documentation to the credit reporting agency.

**\*PAYMENT ACTIVITY
SINCE LAST STATEMENT**

| | |
|---|---|
| Principal | $.00 |
| Interest | $.00 |
| Late Charge(s)/Fees/Advances | $.00 |
| Total | $.00 |

A27111

## IMPORTANT MESSAGES

### New Expanded Payment Options!

We have updated our payment options to include an electronic check-by-phone feature. This service is available every day, around the clock, except during scheduled maintenance every Sunday from 7:30 P.M. to midnight, Pacific Time. This service will be provided free of additional charge through 05/17/2006. Please review the back of this statement for more information regarding all of your payment options and any applicable fees.

### \*Payment Activity Since Last Statement

A payment has not been applied to your account since your last Account Statement was mailed. As a result, activity is not reflected in the Payment Activity Since Last Statement section. For payment updates, our automated attendant is available 24 hours a day, seven days a week at 877-867-7378. Or, visit us on the web at www.homeq.com and follow

*Mortgage 2*



Bk: 39131 Pg: 222  Doc: ASM
Page: 1 of 1  06/07/2006 04:01 PM

Record and Return to:
Doonan, Graves, & Longoria
Attn: Kerry A. Pass
100 Cummings Center, Suite 213C
Beverly, MA  01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ( ASSIGNOR ), hereby sells, assigns, and transfers to Deutsche Bank National Trust Company as Trustee ( ASSIGNEE ), whose mailing address is 4837 Watt Avenue, North Highlands, CA the Assignor s interest in a certain mortgage made by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated July 22, 2005 and recorded in the Worcester County (Worcester District) Registry of Deeds in Book 36911, Page 349, describing land therein as:

**23 Sigel Street, Worcester, MA**

Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC, Assignor

Dated: may 23 2006

By: _____ **Liquenda Allotey** _____
Its: _____ **Vice President** _____

### CORPORATE ACKNOWLEDGMENT

State of _____ MN _____ )
County of _____ Dakota _____ )  ss.

On the 23 day of _____ may _____ in the year 2006 before me, the undersigned, personally appeared _____ **Liquenda Allotey** _____, personally known to me or proved to me on the basis of satisfactory evidence, which were drivers licenses to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of _____ Dakota _____, in the State of _____ Minnesota _____.

Notary Public
My commission expires:

BETTE J. PETERSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2010



ATTEST: WORC. Anthony J. Vigliotti, Register

Welcome to Worcester County Registry of Deeds

First NLC → Own Fed. Bank → Home Eq Page 1 of 2
→ Deutche Bank?!

# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth
Worcester - Anthony J. Vigliotti, Register

**Home | Search | Index | Feedback | Contact**

Registry Home   |   Select Another Registry   |   Registry of Deeds Search   |   Contact Us   |   Help   |   F.A.Q

1st morts

⇦ Back

**Town: WORCESTER**

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|---|---|---|---|---|---|
| 83959 | 06/07/2006 | ASSIGNMENT | 1 | 39131/222 | 0.00 |

| Street# | Street Name | | | | Description |
|---|---|---|---|---|---|
| 23 | SIGEL ST | | | | |

| Grantor | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
|---|---|
| | FIRST NLC FINANCIAL SERVICES LLC |
| Grantee | DEUTSCHE BANK NATIONAL TRUST CO TR |
| Marginal Reference Documents | 3911/349 2005 MORTGAGE |

🔍 Quick Document Viewer  Click here for Printing Instructions.
🔍 High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
≫ Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for

http://www.masslandrecords.com/malr/controller?commandflag=getDetails&optflag=DetailsCommand&ptrno=5882345&office...   8/14/2006

Bk: 39359 Pg: 41



Bk: 39359 Pg: 41  Doc: ASM
Page: 1 of 1  07/12/2006 04:05 PM

Record and Return to:
Doonan, Graves, & Longoria
Attn: Kerry A. Pass
100 Cummings Center, Suite 213C
Beverly, MA 01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC ( ASSIGNOR ), hereby sells, assigns, and transfers to Deutsche Bank National Trust Company as Trustee ( ASSIGNEE ), whose mailing address is 4837 Watt Avenue, North Highlands, CA the Assignor s interest in a certain mortgage made by Sima Shwartz to Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC dated July 22, 2005 and recorded in the Worcester County (Worcester District) Registry of Deeds in Book 36911, Page 349, describing land therein as:

**23 Sigel Street, Worcester, MA**

Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC, Assignor

Dated: 6/14/06

By: John H. Dunnery
Its:

## CORPORATE ACKNOWLEDGMENT

State of NC
County of Wake        ss.

On the 14 day of June in the year 2006 before me, the undersigned, personally appeared John H. Dunnery, personally known to me or proved to me on the basis of satisfactory evidence, which were drivers licenses to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for First NLC Financial Services, LLC and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of Wake, in the State of NC.

Notary Public
My commission expires: 2-3-10

CELINE L. PIERCE
NOTARY PUBLIC
Wake County, North Carolina
My Commission Expires February 8, 2010

ATTEST: WORC. Anthony J. Vigliotti, Register

# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth

Worcester Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q

⇦ Back

**Town:** WORCESTER

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|---|---|---|---|---|---|
| 103569 | 07/12/2006 | ASSIGNMENT | 1 | 39359/41 | 0.00 |

| Street# | Street Name |
|---|---|
| 23 | SIGEL ST |

| | Description |
|---|---|
| Grantor | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC<br>FIRST NLC FINANCIAL SERVICES LLC |
| Grantee | DEUTSCHE BANK NATIONAL TRUST CO TR |
| Marginal Reference Documents | 36911/349 2005 MORTGAGE |

Q Quick Document Viewer Click here for Printing Instructions.
Q High Quality Viewer (Requires TIFF Plug-In) Click here for Instructions.
» Download the Document Pages (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for

http://www.masslandrecords.com/malr/controller?commandflag=getDetails&optflag=DetailsCommand&ptrno=5914101&office... 8/14/2006

Page 1 of 1