# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | : | CHAPTER 7 |
| JEFFREY J. SMITH | : | CASE NO. 06-41604-JBR #35 |
| DEBTOR | : | |
| In re: | : | CHAPTER 7 |
| ROBERT P. SUMNER | : | CASE NO. 06-41728 #34 |
| DEBTOR | : | |
| In re: | : | CHAPTER 7 |
| RONALD F. SANTUCCI | : | CASE NO. 06-41943 #27 |
| LAURA J. SANTUCCI | : | |
| DEBTORS | : | |
| In re: | : | CHAPTER 7 |
| RONALD CANONICA | : | CASE NO. 06-41968 #39 |
| RENEE M. CANONICA | : | |
| DEBTORS | : | |
| In re: | : | CHAPTER 7 |
| DONALD R. DUCHARME | : | CASE NO. 06-41973 #21 |
| DEBTOR | : | |
| In re: | : | CHAPTER 7 |
| JOHN CHARLES COSTA | : | CASE NO. 06-41979 #73 |
| JENNIFER COSTA | : | |
| DEBTORS | : | |
| In re: | : | CHAPTER 7 |
| SIMA SCHWARTZ | : | CASE NO. 06-42476 #81 |
| DEBTOR | : | |

*HEARING SCHEDULED FOR 5/17/07 ON CASE NO. 06-42476 IS CANCELLED. Joel B. Rosenthal*

*SHOW CAUSE RELEASED. 4/17/07*

1

4 9 07